**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH**

IN RE: Martin J Viale

Donna Viale

Case No.:19-23752-GLT

Chapter 13

Judge: Gregory L. Taddonio

                Debtor(s).                /

**REQUEST FOR NOTICE**

**COMES NOW** Christopher Giacinto, Esq. of the Padgett Law Group, and gives this Request for Notice on behalf of Citibank, N.A., as trustee for CMLTI Asset Trust and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 12th day of November, 2019.

                Respectfully submitted,

                /S/ Christopher Giacinto, Esq.
                PADGETT LAW GROUP
                6267 Old Water Oak Road, Suite 203
                Tallahassee, FL 32312
                (850) 422-2520 (telephone)
                (850) 422-2567 (facsimile)
                Christopher.Giacinto@padgettlawgroup.com
                *Authorized Agent for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 12th day of November, 2019:

    Respectfully submitted,

    /S/ Christopher Giacinto, Esq.
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    (850) 422-2567 (facsimile)
    Christopher.Giacinto@padgettlawgroup.com
    *Authorized Agent for Creditor*

## **SERVICE LIST (CASE NO. 19-23752-GLT)**

**By U.S. First Class Mail**

***Debtor***
Martin Viale
30 Ashley Road
Gibsonia, PA 15044

***Co-Debtor***
Donna Viale
30 Ashley Road
Gibsonia, PA 15044

**By Electronic Service**

***Attorney***
Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086

***Trustee***
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

***U.S. Trustee***
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222