UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Case No.: 19-23752-GLT |
|---|---|
| MARTIN J. VIALE AND DONNA M. VIALE<br><br>Debtor(s) | Chapter: 13 |

**ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, RECEIPT OF
NOTICES, AND INCLUSION ON NOTICE LIST**

TO THE CLERK OF THE BANKRUPTCY COURT:

PLEASE enter the appearance of  on behalf of CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST.

PLEASE TAKE NOTICE that the undersigned law firm is counsel for a party in interest in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9007, our client respectfully requests that all notices given or required to be given in this case and in any adversary proceedings by the Court, the Debtor, any Creditors' Committee, any Trustee, the United States Trustee, any Trustee subsequently appointed, and/or any other party in interest in this case be given to the undersigned counsel at the addresses and to the persons, telephone numbers and telecopier set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, telecopier, or otherwise:

CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST
ATTN:
FEIN, SUCH, KAHN & SHEPARD, P.C.
7660 Imperial Way, Suite 121
Allentown, Pennsylvania 18195
(610) 395-3535
Email: pabankruptcy@feinsuch.com

PLEASE TAKE FURTHER NOTICE that client intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive (i) client's rights to have orders in non-core matters entered only after de novo review by a District Judge, (ii) client's right to trial by jury in any proceeding so triable in this case or any other cases, controversies or proceedings related to this case, (iii) client's right to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal, (iv) client's right to have the Bankruptcy Court and the District Court abstain in any matter subject to mandatory or discretionary abstention or (v) any other rights, claims, actions, defenses, set-offs or recoupments to which client is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments client expressly reserves.

Date: December 10, 2019

             By: /s/ Ashleigh Levy Marin
               Ashleigh Levy Marin, Esq.
               pabankruptcy@feinsuch.com
               Attorney I.D. No. 306799
               FEIN, SUCH, KAHN & SHEPARD, P.C.
               7660 Imperial Way, Suite 121
               Allentown, Pennsylvania 18195
               Phone: (610) 395-3535
               Attorney for Movant/Applicant

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
| --- | --- |
| Debtor's Counsel:<br>**Brian C. Thompson, Esq.**<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road<br>Suite 200<br>Warrendale, PA 15086 | Debtor(s):<br>**Donna M. Viale**<br>30 Ashley Road<br>Gibsonia, PA 15044<br><br>**Martin J Viale**<br>30 Ashley Road<br>Gibsonia, PA 15044 |
| Trustee (if applicable):<br>**Ronda J. Winnecour, Esq.**<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | US Trustee<br>**Office of the US Trustee**<br>Liberty Center<br>1001 Liberty Avenue<br>Suite 970<br>Pittsburgh, PA 15222 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."