# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Martin J. Viale, and<br>Donna M. Viale, | : | Bankruptcy Case No.: 19-23752-GLT |
| | : | Chapter 13 |
| Debtors. | : | |
| Martin J. Viale, and<br>Donna M. Viale, | : | Document No.: |
| Movants, | : | Related to Document No.: 43 |
| v. | : | |
| The Huntington National Bank, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

    I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing Motion for Loss Mitigation, Proposed Order, and Certification on LMP Eligibility and Readiness on the following parties at the addresses listed below on December 18, 2019, via electronic mail and/or first-class mail postage prepaid:

The Huntington National Bank
c/o Christopher J. Niekamp
23 South Main Street, Third Floor
Akron, OH  44308

Wade T. Doerr, Esquire
Niekamp, Weisensell, Mutersbaugh &
Mastrantonio, LLP
23 South Main Street, Third Floor
Akron, OH  44308

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:   December 18, 2019

/s/Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com