Form RSC Conciliation (Reschedule Conciliation–COVID

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Martin J Viale** | : | Case No. 19–23752–GLT |
| **Donna M. Viale** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this ***The 31st of March, 2020***, due to the COVID–19 virus pandemic, the conciliation conference scheduled for 4/9/20 is ***RESCHEDULED*** to ***7/2/20 at 09:00 AM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.***

Dated: March 31, 2020

cm: Debtor
　　Counsel for Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Martin J Viale
Donna M. Viale
    Debtors

Case No. 19-23752-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 1      Date Rcvd: Mar 31, 2020
                         Form ID: RSCcon3      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
db/jdb      +Martin J Viale,    Donna M. Viale,    30 Ashley Road,    Gibsonia, PA 15044-7836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
         Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General akovalchick@attorneygeneral.gov
         Ashleigh Levy Marin    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust amarin@feinsuch.com, pabankruptcy@feinsuch.com
         Brian C. Thompson    on behalf of Debtor Martin J Viale bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com;jcastello@thompsonattorney.com
         Brian C. Thompson    on behalf of Joint Debtor Donna M. Viale bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com;jcastello@thompsonattorney.com
         James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Township of West Deer jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
         Jodi L. Hause    on behalf of Creditor    Bayview Loan Servicing, LLC jodi.hause@phelanhallinan.com, pawb@fedphe.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
         Michael John Clark    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
         Sindi Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
         Wade T. Doerr    on behalf of Creditor    THE HUNTINGTON NATIONAL BANK wade@nwm-law.com
                                                                                         TOTAL: 15