FILED
5/26/20 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Martin J Viale and Donna M. Viale,<br>        Debtors.<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>as servicer for LEHMAN XS TRUST<br>MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2007-6, U.S.<br>Bank National Association, as Trustee,<br>successor in interest to Wilmington Trust<br>Company, as Trustee, successor in interest to<br>Bank of America National Association, as<br>Trustee, successor by merger to LaSalle Bank<br>National Association, as Trustee,<br>        Movant,<br>v.<br>Martin J Viale and Donna M. Viale,<br>        Debtors,<br>Ronda J. Winnecour, Trustee,<br>        Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>19-23752/GLT<br><br>11 U.S.C. § 362<br><br>Related to Dkt. No. 56 |

## MODIFIED CONSENT ORDER

AND NOW, this  26th   day of   May  2020,  at the Western District of Pennsylvania,

upon consideration of the Motion of Movant for Relief From the Automatic Stay (the

"Motion"), the response if any, and after hearing conducted on May 6, 2020, it is hereby

stipulated and agreed to by Movant and Debtor as follows:

1. Movant's motion is hereby GRANTED, in part, with the conditions listed below;

2. The automatic stay pursuant Bankruptcy Abuse Prevention and Consumer Protection Act of

    2005 (the "Code"), 11 U.S.C. § 362, relief remains in effect for the property located at

    3658 Watson Road, Stow, NY 14785 (the "Property"), provided Debtors cure the

    Chapter 13 plan arrears to the Trustee on or before  September 1, 2020;

3.  Debtors agree to resume making to the Trustee the regular Chapter 13 plan payments currently in the amount $4,950.00, or as same may be adjusted from time to time in accordance with Court Order or Notice of Payment Change filed;

4.  Debtors are to remain current on their Chapter 13 plan payments to the to the Trustee;

5.  Should Debtors' regular monthly mortgage payment amount change, Movant shall notify Debtors and the Trustee of such change, and the monthly payment amount due under the terms of the Plan shall change accordingly;

6.  In the event that Debtors fail to make any of the payments set forth above, Movant may file a Certification of Default with the Court, and upon the filing of the Certification, the Court may enter an Order granting Movant relief from the Automatic Stay as to the Property.

7.  Upon certification of default by Movant's counsel, the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, as to property located at 3658 Watson Road, Stow, NY 14785 is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 3658 Watson Road, Stowe, NY 14785; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee to obtain possession of said premises; and it is

8.  Pursuant to 11 U.S.C. §362(d)(4) upon lifting of the Automatic Stay, any future bankruptcy cases filed by Debtor, Co-Debtor, or their successors, assigns, or any other persons, will not stay any actions taken by Movant or its successors from proceeding with enforcement of its right to possession of, or title to, the Property.

Bankruptcy Case # 19-23752/GLT

Dated: 5/15/2020

_/s/Kristen D. Little_ Kristen
D. Little, Esquire Attorney
for Movant

Dated: 5/15/2020

_/s/Brian C. Thompson_
Brian C. Thompson,
Esquire Attorney for
Debtors

**AND NOW,  26th  day of  May 2020,  it is hereby ORDERED that the foregoing**

**Consent Order is approved, shall be, and is made an Order of this Court.**

**BY THE COURT:**

**HONORABLE GREGORY L. TADDONIO**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-23752-GLT
Martin J Viale                                                                  Chapter 13
Donna M. Viale
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: dkam              Page 1 of 1              Date Rcvd: May 26, 2020
                                 Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db/jdb          +Martin J Viale,    Donna M. Viale,    30 Ashley Road,    Gibsonia, PA 15044-7836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                    Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
          Anthony T. Kovalchick   on behalf of Creditor Dep't of Revenue  Office of Attorney General
           akovalchick@attorneygeneral.gov
          Ashleigh Levy Marin    on behalf of Creditor   Citibank, N.A., as Trustee for CMLTI Asset Trust
           amarin@feinsuch.com,  pabankruptcy@feinsuch.com
          Brian C. Thompson   on behalf of Debtor Martin J Viale bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          Brian C. Thompson   on behalf of Joint Debtor Donna M. Viale bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          James  Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Township of West Deer jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kristen D. Little   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper et al
           pabk@logs.com,  klittle@logs.com
          Michael John Clark   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper et al
           pabk@logs.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Gas Company LLC, f/k/a Peoples TWP LLC
           sjw@sjwpgh.com,  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Sindi  Mncina    on behalf of Creditor   U.S. Bank National Association smncina@rascrane.com
          Thomas  Song   on behalf of Creditor   Bayview Loan Servicing, LLC pawb@fedphe.com
          Wade T. Doerr   on behalf of Creditor   THE HUNTINGTON NATIONAL BANK wade@nwm-law.com
                                                                               TOTAL: 16