FILED
7/7/20 4:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** MARTIN J & DONNA M. VIALE
- **Case Number:** 19-23752-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 02, 2020 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#28 - Final Confirmation of Plan Dated 10/23/2019 (NFC)
#42+ Objection By: Citibank N.A. as Trustee for CMLTI Asset Trust
#72+ Objections By: PA Department of Revenue
R / M #: 28 / 0

**Appearances:**

- Debtor: Lemon [?]
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor: Marin for Citibank / Kovalck for Pa Dept

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **7/30/20**.
   Objections are due on or before **8/28/20**
   A hearing on the Amended Plan is set for **9/10/20** at **2:30 pm**.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

Handwritten notes:
- Multiple drop dead orders. Plan does not appear feasible
- Also asked for all operating reports for 2020 & 2019 tax returns for all business & individuals
- Con't for amended plan and showing of feasibility

6/25/2020   3:59:51PM