**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Martin J Viale**
**Donna M. Viale**
   Debtor(s)

Bankruptcy Case No.: 19–23752–GLT
Chapter: 13
Related to Document No.:
Concil. Conf.: September 10, 2020 at 02:30 PM

## ORDER

      On July 2, 2020, a Conciliation Conference was conducted on the October 23, 2019 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

      **AND NOW,** this **The 7th of July, 2020**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)  **On or before July 30, 2020,** the Debtor(s) shall file and serve a copy of this **Order** and an **Amended Plan** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying **Certificate of Service**.

      (2)  **On or before August 27, 2020,** all **Objections** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

      (3)  **On September 10, 2020 at 02:30 PM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

      (4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

      (5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

      (6)

Dated: July 7, 2020

 cm: Debtor
     Counsel for Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-23752-GLT
Martin J Viale                                                      Chapter 13
Donna M. Viale
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1              Date Rcvd: Jul 07, 2020
                              Form ID: 005            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db/jdb         +Martin J Viale,   Donna M. Viale,   30 Ashley Road,   Gibsonia, PA 15044-7836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
        Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
         akovalchick@attorneygeneral.gov
        Ashleigh Levy Marin    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
         amarin@feinsuch.com,   pabankruptcy@feinsuch.com
        Brian C. Thompson    on behalf of Debtor Martin J Viale bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
         hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
        Brian C. Thompson    on behalf of Joint Debtor Donna M. Viale bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
         hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
        James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Township of West Deer jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
         cnoroski@grblaw.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper et al
         pabk@logs.com,   klittle@logs.com
        Michael John Clark    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper et al
         pabk@logs.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
         sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        Sindi Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
        Thomas Song    on behalf of Creditor    Bayview Loan Servicing, LLC pawb@fedphe.com
        Wade T. Doerr    on behalf of Creditor    THE HUNTINGTON NATIONAL BANK wade@nwm-law.com
                                                                                                 TOTAL: 16