UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X

|  |  |  |
|---|---|---|
| IN RE: | : | CASE NO.: 19-23752-GLT |
|  | : | CHAPTER: 13 |
| Martin J Viale | : |  |
|  | : | **NOTICE OF APPEARANCE** |
| Donna M. Viale, | : |  |
|  | : | HON. JUDGE.: Gregory L. Taddonio |
| Debtor(s). | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |

-----------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf Fay Servicing, LLC as servicer for Citibank, N.A., as trustee for CMLTI Asset Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for Fay Servicing, LLC
> 1325 Franklin Avenue, Suite 230
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: August 25, 2020
      Garden City, New York

                                By: /s/ Lorraine Gazzara Doyle
                                Lorraine Gazzara Doyle, Esq.
                                FRIEDMAN VARTOLO, LLP
                                Attorneys for Fay Servicing, LLC
                                1325 Franklin Avenue, Suite 230
                                Garden City, NY 11530
                                T: (212) 471-5100
                                F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 19-23752-GLT |
| | : | CHAPTER: 13 |
| Martin J Viale | : | |
| | : | **NOTICE OF APPEARANCE** |
| Donna M. Viale, | : | |
| | : | HON. JUDGE.: Gregory L. Taddonio |
| Debtor(s). | : | |
| | : | |
| | : | |
| | : | |
| | : | |

-----------------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

On August 25, 2020, I served a true copy of the annexed **NOTICE OF APPEARANCE by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: <u>/s/Lorraine Gazzara Doyle</u>

FRIEDMAN VARTOLO LLP

1325 Franklin Avenue, Ste. 230

Garden City, New York 11530

T: (212) 471-5100

F: (212) 471-5150

## SERVICE LIST

Martin J Viale
30 Ashley Road
Gibsonia, PA 15044
***Debtor***

Donna M. Viale
30 Ashley Road
Gibsonia, PA 15044
***Joint Debtor***

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086
***Debtor's Attorney***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
***Trustee***

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
***U.S. Trustee***