**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Martin J Viale**
**Donna M. Viale**
Debtor(s)

Bankruptcy Case No.: 19–23752–GLT
Issued Per Sep. 10, 2020 Proceeding
Chapter: 13
Docket No.: 80 – 73, 76
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### (1.) PLAN CONFIRMATION:

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 30, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $8,205 as of September 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☑ B.   The length of the Plan is increased to a total of 60 months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: PA Department of Revenue (Claim No. 2); U.S. Bank National Association (Claim No. 3); Fifth Third Bank (Claim No. 9); Citibank, N.A. (Claim No. 11); I.R.S. (Claim No. 13) .

☑ H.   Additional Terms: G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: County of Allegheny (Claim No. 14); Township of West Deere (Claim No. 15).

Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

The claim of Bayview Loan Servicing (Claim No. 12) governs at the terms of the plan.

All prior payments to Selene were proper.

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE*
*ESTABLISHED:*


**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   ***IT IS FURTHER ORDERED THAT:***

**A.**      After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**      Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: September 15, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 19-23752-GLT
Martin J Viale                                                                Chapter 13
Donna M. Viale
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3          Date Rcvd: Sep 15, 2020
                             Form ID: 149             Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
db/jdb        +Martin J Viale,   Donna M. Viale,   30 Ashley Road,   Gibsonia, PA 15044-7836
cr            +Bayview Loan Servicing, LLC,   ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,
               P.O. Box 17933,   San Diego, CA 92177-7921
cr            +Citibank, N.A., as Trustee for CMLTI Asset Trust,   PADGETT LAW GROUP,
               c/o Christopher Giacinto, Esq.,   6267 Old Water Oak Road, Suite 203,
               Tallahassee, FL 32312-3858
cr            +County of Allegheny,   GRB Law,   437 Grant Street, 14th Floor,   Frick Building,
               Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr            +Dep't of Revenue Office of Attorney General,   Anthony T. Kovalchick,   1251 Waterfront Place,
               Mezzanine Level,   Pittsburgh, PA 15222-4227
cr            +Fay Servicing, LLC as servicer for Citibank, N.A.,,   Friedman Vartolo, LLP,
               85 Broad Street, Suite 501,   New York, NY 10004-1734
cr            +Lehman XS Trust Mortgage Pass-Through Certificates,   RAS Crane, LLC,
               10700 Abbotts Bridge Road, Suite 170,   Duluth, GA 30097-8461
cr            +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,   c/o S. James Wallace, P.C.,
               845 N. Lincoln Ave.,   Pittsburgh, PA 15233-1828
cr            +Township of West Deer,   GRB Law,   437 Grant Street, 14th Floor,   Frick Building,
               Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr            +U.S. Bank National Association,   RAS Crane, LLC,   10700 Abbott's Bridge Road, Suite 170,
               Duluth, GA 30097-8461
15128756      +Advantage Asset,   3722 Southwest Freeway,   Houston, TX 77027
15128757       American Express,   PO Box 1270,   Newark, NJ 07101-1270
15156809       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
15128759     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,   PO Box 15019,   Wilmington, DE 19886)
15128760      +Bank of America Home Loans,   PO Box 15222,   Wilmington, DE 19886-5222
15128762       Bernstein Law Firm,   ATTN: Shawn P. McClure,   Gulf Tower, Suite 2200,   Pittsburgh, PA 15219
15128774     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Home Depot Credit Services,   Processing Center,
               Des Moines, IA 50364-0500)
15166609       Citibank, N.A., as trustee for CMLTI Asset Trust,   c/o Fay Servicing LLC,   PO Box 814609,
               Dallas TX 75381-4609
15128764      +Citibank/Staples,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
15177126      +County of Allegheny,   GRB Law,   c/o Jeffrey R. Hunt, Esq.,   437 Grant Street, 14th Floor,
               Frick Building,   Pittsburgh PA 15219-6101
15128765       David W. Raphael, Esquire,   Grenen & Birsic, PC,   One Gateway Center, 9th Floor,
               Pittsburgh, PA 15222
15128766      +Deer Lakes SD and Township,   c/o Jordan Tax Service,   102 Rahway Road,
               Canonsburg, PA 15317-3349
15128768      +Duquesne Light Company,   Payment Processing Center,   PO Box 67,   Pittsburgh, PA 15267-0067
15128770      +Fifth Third Bank,   PO Box 740789,   Cincinnati, OH 45274-0789
15163815      +Fifth Third Bank,   PO Box 9013,   Addison, Texas 75001-9013
15128776      +Investment Property Services, Inc.,   30 Ashley Road,   Gibsonia, PA 15044-7836
15128778      +John K. Weinstein,   Allegheny County Treasurer,   PO Box 643385,   Pittsburgh, PA 15264-3385
15128780      +Kwiatkowski Plumbing,   PO Box 10942,   Pittsburgh, PA 15236-0942
15128782      +M. Viale Contracting, Inc.,   30 Ashley Road,   Gibsonia, PA 15044-7836
15128783      +Macy's,   PO Box 8118,   Mason, OH 45040-8118
15128784     #+Mark Heidenreich, CPA,   6125 Penn Drive,   Butler, PA 16002-0403
15137864     #+Mark W. Heidenreich, CPA,   c/o Mark W. Heidenreich & Co. LLC,   6125 Penn Drive,
               Butler, PA 16002-0403
15128786      +McClure Johnston Company,   201 Corey Avenue,   Braddock, PA 15104-1397
15128787      +Miller, Limbaugh & Conley,   4767 William Flynn Highway,   Allison Park, PA 15101-2456
15128788      +Mr. Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
15128790      +PA Department of Revenue,   Bureau of Compliance - Lien Section,   PO Box 280948,
               Harrisburg, PA 17128-0948
15128794      +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
15128793      +PNC Bank,   PO Box 856177,   Louisville, KY 40285-6177
15128792       Phelan Hallinan, LLP,   1617 JFK Blvd., Suite 1400,   One Penn Center Plaza,
               Philadelphia, PA 19103
15148941      +The Huntington National Bank,   c/o Christopher J. Niekamp,   23 S. Main St. Third Floor,
               Akron, OH 44308-1818
15177127      +Township of West Deer,   GRB Law,   c/o Jeffrey R. Hunt, Esq.,   437 Grant Street, 14th Floor,
               Frick Building,   Pittsburgh PA 15219-6101
15128799      +Township of West Deer,   c/o Jordan Tax Service,   102 Rahway Road,   McMurray, PA 15317-3349
15128800      +U.S. Attorneys Office,   Western District of PA,   4000 U.S. Post Office & Courthouse,
               700 Grant Street,   Pittsburgh, PA 15219-1906
15128801      +U.S. Bank N.A.,   c/o Nationstar Mortgage LLC dba Mr Coope,   PO Box 619096,
               Dallas, TX 75261-9096
15147262      +U.S. Bank National Association,   ATTN: Bankruptcy Dept,   PO Box 619096,
               Dallas TX 75261-9096
15128802       UPMC Health Services,   PO Box 1123,   Minneapolis, MN 55440-1123
15128769      +eCast Settlement Corporation,   PO Box 29262,   New York, NY 10087-9262

```
District/off: 0315-2          User: jhel            Page 2 of 3              Date Rcvd: Sep 15, 2020
                              Form ID: 149          Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2020 05:49:46
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15128758      +E-mail/Text: bncmail@w-legal.com Sep 16 2020 05:41:44      Azurea I, LLC,
               c/o Weinstein, Pinson & Riley, PS,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
15128761      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 16 2020 05:41:45
               Bayview Loan Servicing,   4425 Ponce de Leon Blvd,   5th Floor,   Miami, FL 33146-1873
15167170      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 16 2020 05:41:45
               Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd., 5th Floor,
               Coral Gables, FL 33146-1873
15128763       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 16 2020 05:49:42      Capital One,
               PO Box 71083,   Charlotte, NC 28272-1083
15151806       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 16 2020 05:49:12
               Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
               Charlotte, NC  28272-1083
15165606      +E-mail/Text: kburkley@bernsteinlaw.com Sep 16 2020 05:42:01      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15128771       E-mail/Text: bankruptcynotice@fcbanking.com Sep 16 2020 05:38:49      First Commonwealth Bank,
               PO Box 400,   Indiana, PA 15701
15128772      +E-mail/Text: fnb.bk@fnfg.com Sep 16 2020 05:41:33      First Niagra Bank,   PO Box 514,
               Lockport, NY 14095-0514
15128773      +E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2020 05:48:42      GE Capital Retail Bank,
               PO Box 985033,   Orlando, FL 32896-0001
15128775      +E-mail/Text: bankruptcy@huntington.com Sep 16 2020 05:40:24      Huntington National Bank,
               2361 Morse Road,   Columbus, OH 43229-5856
15128777       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 16 2020 05:38:52      IRS,   PO Box 7346,
               Philadelphia, PA 19101-7346
15128779      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 16 2020 05:41:06      KeyBank, N.A.,
               4910 Tiedeman Road,   Brooklyn, OH 44144-2338
15128781      +E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2020 05:49:05      Lowe's,   PO Box 530914,
               Atlanta, GA 30353-0914
15128785      +E-mail/Text: bknotices@mbandw.com Sep 16 2020 05:41:34      McCarthy Burgess & Wolff,
               26000 Cannon Road,   Bedford, OH 44146-1807
15152153       E-mail/PDF: pa_dc_claims@navient.com Sep 16 2020 05:49:16      NAVIENT PC TRUST,
               C/O Navient Solutions, LLC.,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
15128789       E-mail/PDF: pa_dc_claims@navient.com Sep 16 2020 05:49:47      Navient,   PO Box 9640,
               Wilkes Barre, PA 18773-9640
15128791      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2020 05:39:26      PA Department of Revenue,
               Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0946
15128795       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2020 05:49:15
               Portfolio Recovery Associates,   POB 12914,   Norfolk, VA 23541
15147174       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2020 05:39:26
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, Pa.  17128-0946
15128798      +E-mail/Text: bkteam@selenefinance.com Sep 16 2020 05:38:52      SRMOF II 2011-1 Trust,
               c/o Selen Finance, LP,   Attn: Bankruptcy dept,   9990 Richmond Avneue Suite 400,
               South Houston, TX 77042-4546
15128796      +E-mail/PDF: pa_dc_claims@navient.com Sep 16 2020 05:49:17      Sallie Mae,   1002 Arthur Drive,
               Lynn Haven, FL 32444-1683
15128797      +E-mail/Text: bkteam@selenefinance.com Sep 16 2020 05:38:52      Selene Finance,   PO Box 422039,
               Houston, TX 77242-4239
15130236      +E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2020 05:48:42      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15128803      +E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2020 05:49:31      Wal-Mart Discover,
               PO Box 960024,   Orlando, FL 32896-0024
                                                                              TOTAL: 25


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper et al
cr             THE HUNTINGTON NATIONAL BANK
15128767       Dell Preferred Account,   Payment Processing Center,   PO Box 6403
cr*           +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
               707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
                                                                              TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2          User: jhel           Page 3 of 3           Date Rcvd: Sep 15, 2020
                             Form ID: 149          Total Noticed: 72
```

                    ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
         Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
          akovalchick@attorneygeneral.gov
         Ashleigh Levy Marin    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
          amarin@feinsuch.com,  pabankruptcy@feinsuch.com
         Brian C. Thompson    on behalf of Debtor Martin J Viale bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
          hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
         Brian C. Thompson    on behalf of Joint Debtor Donna M. Viale bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
          hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
         James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Township of West Deer jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
          cnoroski@grblaw.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper et al
          pabk@logs.com,  klittle@logs.com
         Lorraine Gazzara Doyle    on behalf of Creditor    Fay Servicing, LLC as servicer for Citibank,
          N.A., as trustee for CMLTI Asset Trust lorraine@mvrlaw.com,
          diane@mvrlaw.com;bankruptcy@friedmanvartolo.com
         Michael John Clark    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper et al
          pabk@logs.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
          sjw@sjwpgh.com,  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
         Sindi Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
         Thomas Song    on behalf of Creditor    Bayview Loan Servicing, LLC pawb@fedphe.com
         Wade T. Doerr    on behalf of Creditor    THE HUNTINGTON NATIONAL BANK wade@nwm-law.com
                                                                              TOTAL: 17
```