2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-23752-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Martin J Viale<br>30 Ashley Road<br>Gibsonia PA 15044 | Donna M. Viale<br>30 Ashley Road<br>Gibsonia PA 15044 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/21/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146 | Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gable, FL 33146 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/24/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23752-GLT |
| Martin J Viale | Chapter 13 |
| Donna M. Viale | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Oct 22, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15167170 | + Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 23 2020 02:26:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Ashleigh Levy Marin | on behalf of Creditor Citibank  N.A., as Trustee for CMLTI Asset Trust amarin@feinsuch.com, pabankruptcy@feinsuch.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Martin J Viale bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney |

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2020 | Form ID: trc | Total Noticed: 1 |

                    com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Brian C. Thompson
                    on behalf of Joint Debtor Donna M. Viale bthompson@ThompsonAttorney.com
                    blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.
                    com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Jeffrey R. Hunt
                    on behalf of Creditor Township of West Deer jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
                    on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Kristen D. Little
                    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com klittle@logs.com

Lorraine Gazzara Doyle
                    on behalf of Creditor Fay Servicing  LLC as servicer for Citibank, N.A., as trustee for CMLTI Asset Trust lorraine@mvrlaw.com,
                    diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Michael John Clark
                    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC sjw@sjwpgh.com,
                    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Sindi Mncina
                    on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

Thomas Song
                    on behalf of Creditor Bayview Loan Servicing  LLC pawb@fedphe.com

Wade T. Doerr
                    on behalf of Creditor THE HUNTINGTON NATIONAL BANK wade@nwm-law.com

TOTAL: 17