**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-23752-GLT |
| | ) | |
| Martin J. Viale, and | ) | Chapter 13 |
| Donna M. Viale, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | February 10, 2021 at 10:30 A.M. |
| | ) | |
| No Respondent. | ) | |

**AMENDED SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1. Applicant represents Martin J. Viale and Donna M. Viale.

2. This is an interim application for the period September 18, 2019 through December 29, 2020.

3. Previous retainer paid to Applicant: $1,000.00.

4. Previous interim compensation allowed to Applicant: $ 3,000.00

5. Applicant requests additional:
   Compensation of $2,000.00
   Reimbursement of Expenses of $123.05

6. A video conference hearing on the Application will be held before Judge Gregory L. Taddonio on February 10, 2021 at 10:30 a.m. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judgetaddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-procappearances.pdf).

7. Any written objections must be filed with the court and served on Applicant on or before January 18, 2021, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: December 29, 2020

/s/Brian C. Thompson
Brian C. Thompson, Esquire

PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com