Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Martin J Viale**
**Donna M. Viale**
Debtor(s)

Bankruptcy Case No.: 19−23752−GLT
Related to Docket No. 94
Chapter: 13
Docket No.: 95 − 94
Concil. Conf.: April 15, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 1, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 16, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 15, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 15, 2021

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-23752-GLT |
|---|---|
| Martin J Viale | Chapter 13 |
| Donna M. Viale | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: jhel | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 213 | Total Noticed: 73 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin J Viale, Donna M. Viale, 30 Ashley Road, Gibsonia, PA 15044-7836 |
| cr | + | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Citibank, N.A., as Trustee for CMLTI Asset Trust, PADGETT LAW GROUP, c/o Christopher Giacinto, Esq., 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| cr | + | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Fay Servicing, LLC as servicer for Citibank, N.A.,, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Lehman XS Trust Mortgage Pass-Through Certificates, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Township of West Deer, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15128756 | + | Advantage Asset, 3722 Southwest Freeway, Houston, TX 77027 |
| 15128757 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 15156809 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15128759 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 15128760 | + | Bank of America Home Loans, PO Box 15222, Wilmington, DE 19886-5222 |
| 15128762 | | Bernstein Law Firm, ATTN: Shawn P. McClure, Gulf Tower, Suite 2200, Pittsburgh, PA 15219 |
| 15128774 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, Processing Center, Des Moines, IA 50364-0500 |
| 15166609 | | Citibank, N.A., as trustee for CMLTI Asset Trust, c/o Fay Servicing LLC, PO Box 814609, Dallas TX 75381-4609 |
| 15128764 | + | Citibank/Staples, 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 15301396 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 15177126 | + | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15128783 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, PO Box 8118, Mason, OH 45040 |
| 15128765 | | David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15128766 | + | Deer Lakes SD and Township, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15128768 | + | Duquesne Light Company, Payment Processing Center, PO Box 67, Pittsburgh, PA 15267-0067 |
| 15128770 | + | Fifth Third Bank, PO Box 740789, Cincinnati, OH 45274-0789 |
| 15163815 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15128776 | + | Investment Property Services, Inc., 30 Ashley Road, Gibsonia, PA 15044-7836 |
| 15128778 | + | John K. Weinstein, Allegheny County Treasurer, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 15128780 | + | Kwiatkowski Plumbing, PO Box 10942, Pittsburgh, PA 15236-0942 |
| 15128782 | + | M. Viale Contracting, Inc., 30 Ashley Road, Gibsonia, PA 15044-7836 |
| 15128784 | #+ | Mark Heidenreich, CPA, 6125 Penn Drive, Butler, PA 16002-0403 |
| 15137864 | #+ | Mark W. Heidenreich, CPA, c/o Mark W. Heidenreich & Co. LLC, 6125 Penn Drive, Butler, PA 16002-0403 |
| 15128786 | + | McClure Johnston Company, 201 Corey Avenue, Braddock, PA 15104-1397 |
| 15128787 | + | Miller, Limbaugh & Conley, 4767 William Flynn Highway, Allison Park, PA 15101-2456 |
| 15128788 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15128790 | + | PA Department of Revenue, Bureau of Compliance - Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 15128792 | | Phelan Hallinan, LLP, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15148941 | + | The Huntington National Bank, c/o Christopher J. Niekamp, 23 S. Main St. Third Floor, Akron, OH 44308-1818 |

Case 19-23752-GLT    Doc 96    Filed 01/17/21    Entered 01/18/21 00:34:49    Desc Imaged
                                    Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: jhel | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 213 | Total Noticed: 73 |

| | | |
|---|---|---|
| 15177127 | + | Township of West Deer, GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15128799 | + | Township of West Deer, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15128800 | + | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15128801 | + | U.S. Bank N.A., c/o Nationstar Mortgage LLC dba Mr Coope, PO Box 619096, Dallas, TX 75261-9096 |
| 15147262 | + | U.S. Bank National Association, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 15128802 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15128769 | + | eCast Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2021 03:15:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15128758 | + | Email/Text: bncmail@w-legal.com | Jan 16 2021 02:51:00 | Azurea I, LLC, c/o Weinstein, Pinson & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15128761 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Jan 16 2021 02:51:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 15167170 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Jan 16 2021 02:51:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 15128763 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 16 2021 03:15:23 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15151806 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 16 2021 03:13:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15165606 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 16 2021 02:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15128771 | | Email/Text: bankruptcynotice@fcbanking.com | Jan 16 2021 02:50:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701 |
| 15128772 | + | Email/Text: fnb.bk@fnfg.com | Jan 16 2021 02:51:00 | First Niagra Bank, PO Box 514, Lockport, NY 14095-0514 |
| 15128773 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:21 | GE Capital Retail Bank, PO Box 985033, Orlando, FL 32896-0001 |
| 15128775 | + | Email/Text: bankruptcy@huntington.com | Jan 16 2021 02:51:00 | Huntington National Bank, 2361 Morse Road, Columbus, OH 43229-5856 |
| 15128777 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2021 02:50:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15128779 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 16 2021 02:51:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15128781 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:20 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 15128785 | + | Email/Text: bknotices@mbandw.com | Jan 16 2021 02:51:00 | McCarthy Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 15152153 | | Email/PDF: pa_dc_claims@navient.com | Jan 16 2021 03:15:24 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15128789 | | Email/PDF: pa_dc_claims@navient.com | Jan 16 2021 03:12:23 | Navient, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 15128791 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2021 02:51:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15128794 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2021 02:50:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15128793 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2021 02:50:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 15128795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2021 03:15:24 | Portfolio Recovery Associates, POB 12914, Norfolk, VA 23541 |
| 15147174 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2021 02:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15128798 | + | Email/Text: bkteam@selenefinance.com | Jan 16 2021 02:50:00 | SRMOF II 2011-1 Trust, c/o Selen Finance, LP, Attn: Bankruptcy dept, 9990 Richmond Avneue Suite 400, South Houston, TX 77042-4546 |
| 15128796 | + | Email/PDF: pa_dc_claims@navient.com | Jan 16 2021 03:13:55 | Sallie Mae, 1002 Arthur Drive, Lynn Haven, FL 32444-1683 |
| 15128797 | + | Email/Text: bkteam@selenefinance.com | Jan 16 2021 02:50:00 | Selene Finance, PO Box 422039, Houston, TX 77242-4239 |
| 15130236 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:15:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15128803 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:20 | Wal-Mart Discover, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper et al |
| cr | | THE HUNTINGTON NATIONAL BANK |
| 15128767 | | Dell Preferred Account, Payment Processing Center, PO Box 6403 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Ashleigh Levy Marin | on behalf of Creditor Citibank N.A., as Trustee for CMLTI Asset Trust amarin@feinsuch.com, pabankruptcy@feinsuch.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 4 of 4 |
| Date Rcvd: Jan 15, 2021 | Form ID: 213 | Total Noticed: 73 |

Brian Nicholas
    on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com

Brian C. Thompson
    on behalf of Debtor Martin J Viale bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Brian C. Thompson
    on behalf of Joint Debtor Donna M. Viale bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Jeffrey R. Hunt
    on behalf of Creditor Township of West Deer jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com klittle@logs.com;logsecf@logs.com

Lorraine Gazzara Doyle
    on behalf of Creditor Fay Servicing LLC as servicer for Citibank, N.A., as trustee for CMLTI Asset Trust lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Michael John Clark
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing LLC pawb@fedphe.com

Wade T. Doerr
    on behalf of Creditor THE HUNTINGTON NATIONAL BANK wdoerr@bdblaw.com

TOTAL: 17