# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

IN RE:

Martin J Viale
Donna M. Viale

Debtor(s).

Case No. 19-23752-GLT
Chapter 13

## NOTICE OF APPEARANCE

**Community Loan Servicing, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By: ___/s/ Daniel P. Jones, Esquire_
Daniel P. Jones, Esquire,
Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 24th day of February 2021, to the following:

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale-Bayne Road
Suite 200
Pittsburgh, PA 15086
bthompson@ThompsonAttorney.com
***Attorney for Debtor(s)***


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
***Chapter 13 Trustee***


U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***



and by standard first-class mail postage prepaid to:

Martin J Viale
30 Ashley Road
Gibsonia, PA 15044
***Debtor(s)***

Donna M. Viale
30 Ashley Road
Gibsonia, PA 15044
***Debtor(s)***


                                                    By:    */s/Daniel P. Jones, Esquire*