Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Martin J Viale
Donna M. Viale**
Debtor(s)

Bankruptcy Case No.: 19−23752−GLT
Issued Per Apr. 15, 2021 Proceeding
Chapter: 13
Docket No.: 107 − 95, 104
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated March 1, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☑ B.  The length of the Plan is increased to a total of (see Para H) months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: PA Department of Revenue (Claim No. 2); Fifth Third Bank (Claim No. 9); IRS (Claim No. 13); County of Allegheny (Claim No. 14); Township of West Deer (Claim No. 15) .

☑ H.  Additional Terms: The Trustee's Certificate of Default to Dismiss [Dkt. No. 94] is resolved by the proposed confirmation of Debtor's amended plan.

Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

The length of the Plan is increased to a total of 65 months. This statement of duration of the

Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

The claim of U.S. Bank National Association (Claim No. 3) shall govern with payment changes implemented.

The claim of The Huntington National Bank (Claim No. 4) shall not be paid through the plan (no payments).

The claim of Community Loan Servicing (Claim No. 12) governs as to amount, paid per plan terms, with payments to be determined by Trustee.

No further payments are to be made to Selene Finance, as claim is removed from the plan with prior payments being proper and are ratified.

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.   Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.   Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.   Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.   Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.   Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**(3.)    IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: April 15, 2021

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23752-GLT |
| Martin J Viale | Chapter 13 |
| Donna M. Viale | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: Apr 15, 2021 | Form ID: 149 | Total Noticed: 73 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin J Viale, Donna M. Viale, 30 Ashley Road, Gibsonia, PA 15044-7836 |
| cr | + | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Citibank, N.A., as Trustee for CMLTI Asset Trust, PADGETT LAW GROUP, c/o Christopher Giacinto, Esq., 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| cr | + | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Fay Servicing, LLC as servicer for Citibank, N.A.,, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Lehman XS Trust Mortgage Pass-Through Certificates, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Township of West Deer, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15128756 | + | Advantage Asset, 3722 Southwest Freeway, Houston, TX 77027 |
| 15128757 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 15156809 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15128759 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 15128760 | + | Bank of America Home Loans, PO Box 15222, Wilmington, DE 19886-5222 |
| 15128762 | | Bernstein Law Firm, ATTN: Shawn P. McClure, Gulf Tower, Suite 2200, Pittsburgh, PA 15219 |
| 15166609 | | Citibank, N.A., as trustee for CMLTI Asset Trust, c/o Fay Servicing LLC, PO Box 814609, Dallas TX 75381-4609 |
| 15177126 | + | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15128765 | | David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15128766 | + | Deer Lakes SD and Township, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15128768 | + | Duquesne Light Company, Payment Processing Center, PO Box 67, Pittsburgh, PA 15267-0067 |
| 15128770 | + | Fifth Third Bank, PO Box 740789, Cincinnati, OH 45274-0789 |
| 15163815 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15128776 | + | Investment Property Services, Inc., 30 Ashley Road, Gibsonia, PA 15044-7836 |
| 15128778 | + | John K. Weinstein, Allegheny County Treasurer, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 15128780 | + | Kwiatkowski Plumbing, PO Box 10942, Pittsburgh, PA 15236-0942 |
| 15128782 | + | M. Viale Contracting, Inc., 30 Ashley Road, Gibsonia, PA 15044-7836 |
| 15128784 | ++ | MARK W HEIDENREICH & CO LLC, ATTN MARK W HEIDENREICH, 3314 NORTHSIDE DRIVE UNIT 35, KEY WEST FL 33040-4174 address filed with court:, Mark Heidenreich, CPA, 6125 Penn Drive, Butler, PA 16002 |
| 15137864 | ++ | MARK W HEIDENREICH & CO LLC, ATTN MARK W HEIDENREICH, 3314 NORTHSIDE DRIVE UNIT 35, KEY WEST FL 33040-4174 address filed with court:, Mark W. Heidenreich, CPA, c/o Mark W. Heidenreich & Co. LLC, 6125 Penn Drive, Butler, PA 16002 |
| 15128786 | + | McClure Johnston Company, 201 Corey Avenue, Braddock, PA 15104-1397 |
| 15128787 | + | Miller, Limbaugh & Conley, 4767 William Flynn Highway, Allison Park, PA 15101-2456 |
| 15128788 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15128790 | + | PA Department of Revenue, Bureau of Compliance - Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 15128792 | | Phelan Hallinan, LLP, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15148941 | + | The Huntington National Bank, c/o Christopher J. Niekamp, 23 S. Main St. Third Floor, Akron, OH 44308-1818 |
| 15177127 | + | Township of West Deer, GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15128799 | + | Township of West Deer, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15128800 | + | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15128801 | + | U.S. Bank N.A., c/o Nationstar Mortgage LLC dba Mr Coope, PO Box 619096, Dallas, TX 75261-9096 |
| 15147262 | + | U.S. Bank National Association, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |

| District/off: 0315-2 | User: jhel | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 15, 2021 | Form ID: 149 | Total Noticed: 73 |

| | | |
|---|---|---|
| 15128802 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15128769 | + | eCast Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2021 03:37:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15128758 | + | Email/Text: bncmail@w-legal.com | Apr 16 2021 03:49:00 | Azurea I, LLC, c/o Weinstein, Pinson & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15128761 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 16 2021 03:48:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 15167170 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 16 2021 03:48:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 15128774 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2021 03:21:43 | Home Depot Credit Services, Processing Center, Des Moines, IA 50364-0500 |
| 15128763 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 16 2021 03:37:05 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15151806 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 16 2021 03:20:34 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15128764 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2021 03:37:24 | Citibank/Staples, 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 15301396 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 16 2021 03:48:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 15128783 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2021 03:20:55 | Macy's, PO Box 8118, Mason, OH 45040 |
| 15165606 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 16 2021 03:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15128771 | | Email/Text: bankruptcynotice@fcbanking.com | Apr 16 2021 03:48:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701 |
| 15128772 | + | Email/Text: fnb.bk@fnfg.com | Apr 16 2021 03:49:00 | First Niagra Bank, PO Box 514, Lockport, NY 14095-0514 |
| 15128773 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:20:27 | GE Capital Retail Bank, PO Box 985033, Orlando, FL 32896-0001 |
| 15128775 | + | Email/Text: bankruptcy@huntington.com | Apr 16 2021 03:48:00 | Huntington National Bank, 2361 Morse Road, Columbus, OH 43229-5856 |
| 15128777 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 16 2021 03:48:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15128779 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 16 2021 03:49:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15128781 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:20:28 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 15128784 | | Email/Text: mwhcpaoffice@yahoo.com | Apr 16 2021 03:48:00 | Mark Heidenreich, CPA, 6125 Penn Drive, Butler, PA 16002 |
| 15137864 | | Email/Text: mwhcpaoffice@yahoo.com | Apr 16 2021 03:48:00 | Mark W. Heidenreich, CPA, c/o Mark W. Heidenreich & Co. LLC, 6125 Penn Drive, Butler, PA 16002 |
| 15128785 | + | Email/Text: bknotices@mbandw.com | Apr 16 2021 03:49:00 | McCarthy Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 15, 2021 | Form ID: 149 | Total Noticed: 73 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15152153 | | Email/PDF: pa_dc_claims@navient.com | Apr 16 2021 03:20:49 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15128789 | | Email/PDF: pa_dc_claims@navient.com | Apr 16 2021 03:20:48 | Navient, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 15128791 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2021 03:48:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15128794 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2021 03:48:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15128793 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2021 03:48:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 15128795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2021 03:20:47 | Portfolio Recovery Associates, POB 12914, Norfolk, VA 23541 |
| 15147174 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2021 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15128798 | + | Email/Text: bkteam@selenefinance.com | Apr 16 2021 03:48:00 | SRMOF II 2011-1 Trust, c/o Selen Finance, LP, Attn: Bankruptcy dept, 9990 Richmond Avneue Suite 400, South Houston, TX 77042-4546 |
| 15128796 | + | Email/PDF: pa_dc_claims@navient.com | Apr 16 2021 03:37:19 | Sallie Mae, 1002 Arthur Drive, Lynn Haven, FL 32444-1683 |
| 15128797 | + | Email/Text: bkteam@selenefinance.com | Apr 16 2021 03:48:00 | Selene Finance, PO Box 422039, Houston, TX 77242-4239 |
| 15130236 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:36:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15128803 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:28:58 | Wal-Mart Discover, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper et al |
| cr | | THE HUNTINGTON NATIONAL BANK |
| 15128767 | | Dell Preferred Account, Payment Processing Center, PO Box 6403 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2021           Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Ashleigh Levy Marin | on behalf of Creditor Citibank N.A., as Trustee for CMLTI Asset Trust amarin@feinsuch.com, pabankruptcy@feinsuch.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Martin J Viale bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Joint Debtor Donna M. Viale bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Daniel Philip Jones | on behalf of Creditor Community Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of West Deer jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com klittle@logs.com;logsecf@logs.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Fay Servicing LLC as servicer for Citibank, N.A., as trustee for CMLTI Asset Trust lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Michael John Clark | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association smncina@rascrane.com |
| Thomas Song | on behalf of Creditor Bayview Loan Servicing LLC pawb@fedphe.com |
| Wade T. Doerr | on behalf of Creditor THE HUNTINGTON NATIONAL BANK wdoerr@bdblaw.com |

TOTAL: 18