Bryan S. Fairman (SBN 261087)
bfairman@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Agent of Creditor for  Community Loan Servicing, LLC

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF PENNSYLVANIA - PITTSBURGH

| In re | Case No. 19-23752-GLT |
|---|---|
| MARTIN J VIALE and DONNA M. VIALE, | Chapter 13 |
| Debtor(s). | **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #16** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by Community Loan Servicing, LLC on May 27, 2021, and assigned as Claim number 16, is hereby withdrawn, without prejudice.

Dated: June, 4 2021              ALDRIDGE PITE, LLP

/s/ Bryan S. Fairman
BRYAN S. FAIRMAN
Attorneys for Community Loan Servicing, LLC

- 1 -

Bryan S. Fairman (SBN 261087)
bfairman@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Agent of Creditor for Community Loan Servicing, LLC

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA - PITTSBURGH

| | |
|---|---|
| In re | Case No. 19-23752-GLT |
| MARTIN J VIALE and DONNA M. VIALE, | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE** |

I, Brandon M. Watt, declare that:

I am employed by Aldridge Pite, LLP. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this case.

On June 7, 2021, I caused a copy of the NOTICE OF WITHDRAWAL OF CLAIM NO. 17 to be served by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Brandon M. Watt
BRANDON M. WATT

- 1 -    CASE NO. 19-23752-GLT
**PROOF OF SERVICE**

**SERVICE LIST**

**DEBTOR(S)**

Martin J Viale
Donna M. Viale
30 Ashley Road
Gibsonia, PA 15044

**DEBTOR(S) ATTORNEY
(Via Electronic Notice)**

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086
bthompson@ThompsonAttorney.com

**CHAPTER 13 TRUSTEE
(Via Electronic Notice)**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street  Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**U.S. TRUSTEE
(Via Electronic Notice)**

Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov