IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARTIN J. VIALE and,<br>DONNA M. VIALE<br>　　　　Debtor,<br><br>FIFTH THIRD BANK, N.A.<br><br>　　　　Movant,<br><br>　　v.<br><br>MARTIN J. VIALE<br>DONNA M. VIALE and<br>RONDA J. WINNECOUR, Trustee,<br><br>　　　　Respondents. | Bankruptcy No. 19-23752-GLT<br><br>Chapter 13<br><br>Doc. No. |

### NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE REGARDING MOTION OF FIFTH THIRD BANK, N.A. MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE RESPONDENT(S):

　　You are hereby notified that the above Movant seeks an order affecting your rights or property.

　　You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **Monday, August 9, 2021**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a response, the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed of if the hearing will go forward as scheduled.

　　You should take this Notice and the Motion to your lawyer at once.

   A **video conference** hearing will be held on **Wednesday August 18, 2021, at 1:00 p.m.** before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than **4 p.m. on the business day** prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

   Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

               Respectfully submitted,

               BERNSTEIN-BURKLEY, P.C.

               By:/s/ Keri P. Ebeck
               Keri P. Ebeck, Esq.
               PA I.D. # 91298
               kebeck@bernsteinlaw.com
               707 Grant Street
               Suite 2200, Gulf Tower
               Pittsburgh, PA 15219
               (412) 456-8112
               Fax: (412) 456-8135

               Counsel for Fifth Third Bank, N.A.

Dated:  July 22, 2021