FILED
1/6/22 9:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Martin J. Viale and Donna M. Viale, | : | Bankruptcy No.19-23752 GLT |
| Debtors. | : | |
| _____ | : | |
| Martin J. Viale and Donna M. Viale, | : | Chapter 13 |
| Movants, | : | |
| v. | : | Related to Dkt. Nos. 124, 131, 134 Claim No. 3 - NMPC |
| US Bank, N.A. | : | |
| Creditor, | : | |
| Ronda J. Winnecour, Ch 13 Trustee | : | |
| Respondents. | : | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

☐    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by: _____

☐    a motion to lift stay
      as to creditor    _____

☒    Other:    Notice of Mortgage Payment Change filed by US Bank, N.A.. at claim number 3.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

-1-

❑ Chapter 13 Plan dated
☒ Amended Chapter 13 Plan dated October 20, 2021

is modified as follows:

☒ Debtor(s) Plan payments shall be changed from **$ 7,500.00** to **$7,510.00** per month, effective February 1, 2021;                              .

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❑ Other: _____

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

-2-

SO ORDERED
January 06, 2022

Gregory L. Taddonio    jah
United States Bankruptcy Judge

Stipulated by:

/s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com


Stipulated by:

/s/*Owen W. Katz*, Esquire
Owen W. Katz
PA ID: 36473
Attorney For Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
okatz@chapter13trusteewdpa.com



cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23752-GLT |
| Martin J Viale | Chapter 13 |
| Donna M. Viale | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 5 |
| Date Rcvd: Jan 06, 2022 | Form ID: pdf900 | Total Noticed: 75 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin J Viale, Donna M. Viale, 30 Ashley Road, Gibsonia, PA 15044-7836 |
| cr | + | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Citibank, N.A., as Trustee for CMLTI Asset Trust, PADGETT LAW GROUP, c/o Christopher Giacinto, Esq., 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Fay Servicing, LLC as servicer for Citibank, N.A.,, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Township of West Deer, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15128756 | + | Advantage Asset, 3722 Southwest Freeway, Houston, TX 77027 |
| 15128757 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 15156809 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15128759 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 15128760 | + | Bank of America Home Loans, PO Box 15222, Wilmington, DE 19886-5222 |
| 15128762 | | Bernstein Law Firm, ATTN: Shawn P. McClure, Gulf Tower, Suite 2200, Pittsburgh, PA 15219 |
| 15166609 | | Citibank, N.A., as trustee for CMLTI Asset Trust, c/o Fay Servicing LLC, PO Box 814609, Dallas TX 75381-4609 |
| 15128765 | | David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15128766 | + | Deer Lakes SD and Township, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15128768 | + | Duquesne Light Company, Payment Processing Center, PO Box 67, Pittsburgh, PA 15267-0067 |
| 15128770 | + | Fifth Third Bank, PO Box 740789, Cincinnati, OH 45274-0789 |
| 15163815 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15128776 | + | Investment Property Services, Inc., 30 Ashley Road, Gibsonia, PA 15044-7836 |
| 15128778 | + | John K. Weinstein, Allegheny County Treasurer, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 15128780 | + | Kwiatkowski Plumbing, PO Box 10942, Pittsburgh, PA 15236-0942 |
| 15128782 | + | M. Viale Contracting, Inc., 30 Ashley Road, Gibsonia, PA 15044-7836 |
| 15128786 | + | McClure Johnston Company, 201 Corey Avenue, Braddock, PA 15104-1397 |
| 15128787 | + | Miller, Limbaugh & Conley, 4767 William Flynn Highway, Allison Park, PA 15101-2456 |
| 15128788 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15128790 | + | PA Department of Revenue, Bureau of Compliance - Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 15128792 | | Phelan Hallinan, LLP, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15148941 | + | The Huntington National Bank, c/o Christopher J. Niekamp, 23 S. Main St. Third Floor, Akron, OH 44308-1818 |
| 15177127 | + | Township of West Deer, GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15128799 | + | Township of West Deer, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15128800 | + | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15128801 | + | U.S. Bank N.A., c/o Nationstar Mortgage LLC dba Mr Coope, PO Box 619096, Dallas, TX 75261-9096 |
| 15147262 | + | U.S. Bank National Association, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 15128802 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15388577 | | United Asset Management, LLC, c/o FCI Lender Services, P. O. Box 27370, Anaheim Hills, CA 92809-0112 |
| 15128769 | + | eCast Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: ebnjts@grblaw.com | Jan 06 2022 23:43:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + Email/Text: RASEBN@raslg.com | Jan 06 2022 23:43:00 | Lehman XS Trust Mortgage Pass-Through Certificates, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + Email/PDF: rmscedi@recoverycorp.com | Jan 06 2022 23:50:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Jan 06 2022 23:43:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15156809 | Email/PDF: bncnotices@becket-lee.com | Jan 06 2022 23:50:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15128758 | + Email/Text: bncmail@w-legal.com | Jan 06 2022 23:44:00 | Azurea I, LLC, c/o Weinstein, Pinson & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15128761 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 06 2022 23:43:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 15167170 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 06 2022 23:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 15128774 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2022 23:50:57 | Home Depot Credit Services, Processing Center, Des Moines, IA 50364-0500 |
| 15128763 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2022 23:50:50 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15151806 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2022 23:50:50 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15128764 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2022 23:50:51 | Citibank/Staples, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15301396 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 06 2022 23:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 15177126 | + Email/Text: ebnjts@grblaw.com | Jan 06 2022 23:43:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15128783 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2022 23:50:54 | Macy's, PO Box 8118, Mason, OH 45040 |
| 15165606 | + Email/Text: kburkley@bernsteinlaw.com | Jan 06 2022 23:44:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15128771 | Email/Text: psnyder@fcbanking.com | Jan 06 2022 23:43:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701 |
| 15128772 | + Email/Text: fnb.bk@fnfg.com | Jan 06 2022 23:44:00 | First Niagra Bank, PO Box 514, Lockport, NY 14095-0514 |
| 15128773 | + Email/PDF: gecsedi@recoverycorp.com | Jan 06 2022 23:50:50 | GE Capital Retail Bank, PO Box 985033, Orlando, FL 32896-0001 |
| 15128775 | + Email/Text: bankruptcy@huntington.com | Jan 06 2022 23:44:00 | Huntington National Bank, 2361 Morse Road, Columbus, OH 43229-5856 |
| 15128777 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2022 23:43:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15128779 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 06 2022 23:44:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15128781 | + Email/PDF: gecsedi@recoverycorp.com | Jan 06 2022 23:50:50 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |

| District/off: 0315-2 | User: dkam | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 06, 2022 | Form ID: pdf900 | Total Noticed: 75 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15128784 | | Email/Text: mwhcpaoffice@yahoo.com | Jan 06 2022 23:43:00 | Mark Heidenreich, CPA, 6125 Penn Drive, Butler, PA 16002 |
| 15137864 | | Email/Text: mwhcpaoffice@yahoo.com | Jan 06 2022 23:43:00 | Mark W. Heidenreich, CPA, c/o Mark W. Heidenreich & Co. LLC, 6125 Penn Drive, Butler, PA 16002 |
| 15128785 | + | Email/Text: bknotices@mbandw.com | Jan 06 2022 23:44:00 | McCarthy Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 15152153 | | Email/PDF: pa_dc_claims@navient.com | Jan 06 2022 23:50:51 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15128789 | | Email/PDF: pa_dc_claims@navient.com | Jan 06 2022 23:50:50 | Navient, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 15128791 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2022 23:44:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15128794 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 06 2022 23:43:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15128793 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 06 2022 23:43:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 15128795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2022 23:50:51 | Portfolio Recovery Associates, POB 12914, Norfolk, VA 23541 |
| 15147174 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15128798 | + | Email/Text: bkteam@selenefinance.com | Jan 06 2022 23:43:00 | SRMOF II 2011-1 Trust, c/o Selen Finance, LP, Attn: Bankruptcy dept, 9990 Richmond Avneue Suite 400, South Houston, TX 77042-4546 |
| 15128796 | + | Email/PDF: pa_dc_claims@navient.com | Jan 06 2022 23:50:53 | Sallie Mae, 1002 Arthur Drive, Lynn Haven, FL 32444-1683 |
| 15128797 | + | Email/Text: bkteam@selenefinance.com | Jan 06 2022 23:43:00 | Selene Finance, PO Box 422039, Houston, TX 77242-4239 |
| 15130236 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2022 23:50:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15128803 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2022 23:50:50 | Wal-Mart Discover, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Fifth Third Bank, N.A. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper et al |
| cr | | THE HUNTINGTON NATIONAL BANK |
| cr | | United Asset Management, LLC |
| 15128767 | | Dell Preferred Account, Payment Processing Center, PO Box 6403 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 6 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 19-23752-GLT   Doc 137   Filed 01/08/22   Entered 01/09/22 00:22:12   Desc
Imaged Certificate of Notice   Page 7 of 8

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 4 of 5 |
| Date Rcvd: Jan 06, 2022 | Form ID: pdf900 | Total Noticed: 75 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2022           Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:

**Name**            **Email Address**

Anthony T. Kovalchick
on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Ashleigh Levy Marin
on behalf of Creditor Citibank  N.A., as Trustee for CMLTI Asset Trust amarin@feinsuch.com, pabankruptcy@feinsuch.com

Brian Nicholas
on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian C. Thompson
on behalf of Debtor Martin J Viale bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian C. Thompson
on behalf of Joint Debtor Donna M. Viale bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Daniel Philip Jones
on behalf of Creditor Community Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Jeffrey R. Hunt
on behalf of Creditor Township of West Deer jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
on behalf of Creditor Fifth Third Bank  N.A. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kristen D. Little
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com  klittle@logs.com;logsecf@logs.com

Lorraine Gazzara Doyle
on behalf of Creditor Fay Servicing  LLC as servicer for Citibank, N.A., as trustee for CMLTI Asset Trust lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Mario J. Hanyon
on behalf of Creditor U.S. Bank National Association wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-6, U.S. Bank National Association, a wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael John Clark
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al mclark@squirelaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 5 of 5 |
| Date Rcvd: Jan 06, 2022 | Form ID: pdf900 | Total Noticed: 75 |

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing LLC pawb@fedphe.com

Wade T. Doerr
    on behalf of Creditor THE HUNTINGTON NATIONAL BANK wdoerr@bdblaw.com

TOTAL: 21