UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANNIA

| IN RE: | Chapter: 13 |
|---|---|
| MARTIN J. VIALE<br>DONNA M. VIALE, | Case No. 19-23752 GLT |
| Debtor(s). | **STIPULATION AND ORDER REGARDING PAYMENTS** |

It is hereby stipulated and agreed by and between the Debtors named above, and United Asset Management, LLC as Trustee for CMLTI Asset Trust, LLC, the Secured Creditor, and the Chapter 13 Trustee, by their undersigned counsel, as follows:

WHEREAS, Debtors have remitted direct postpetition payments to the Secured Creditor in the total amount of $905.83 for the mortgage on property located at 3658 Watson Road, Stow, New York 14785;

WHEREAS, the parties wish to resolve the payment application and apply the aforementioned payments the postpetition account, which will bring the debtor due for the August 2022 postpetition payment;

WHEREAS, the parties wish to have the Trustee resume making the postpetition payments beginning with the August 2022 payment.

NOW THEREFORE, it is ORDERED:

1.      That the Debtors' direct payments totaling $905.83 shall be applied as a credit to the ongoing monthly postpetition payments due on Claim No. 11.

2. The Chapter 13 Trustee shall resume the payment of ongoing post petition payments beginning in August 2022.

Dated: _____, 20\_\_\_
_____, Pennsylvania

_____
HONORABLE GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

**CONSENTED AND AGREED TO BY:**

*/s/ Tammy L. Terrell Benoza*
Tammy L. Terrell Benoza
Attorney for Secured Creditor

*/s/ Brian C. Thompson*
Brian C. Thompson
Attorney for Debtor(s)

*/s/ James C. Warmbrodt*
James C. Warmbrodt
Attorney for the Chapter 13 Trustee