UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Case No.: 19-23752-GLT |
|---|---|
| MARTIN J. VIALE<br>DONNA M. VIALE | Chapter: 13 |
| Debtor(s) | |

**CERTIFICATION OF SERVICE**

I, __KAREN LEONE-RULLIS__ :

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for <u>FEIN, SUCH, KAHN & SHEPARD, PC,</u> who represents the Secured Creditor, <u>UNITED ASSET MANAGEMENT, LLC AS TRUSTEE FOR CMLTI ASSET TRUST, LLC</u> in this matter.

☐ am the _____ in the above case and am representing myself.

On __MARCH 22ND, 2022__, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

a. ENTERED STIPULATION AND ORDER REGARDING PAYMENTS.

I hereby certify that copies of Entered Stipulation and Order Regarding Payments was served by ECF notice (electronically) upon:

| **DEBTOR'S COUNSEL:**<br>BRIAN C. THOMPSON<br>THOMPSON LAW GROUP, P.C.<br>125 WARRENDALE BAYNE ROAD<br>SUITE 200<br>WARRENDALE, PA 15086<br><br>**TRUSTEE:**<br>RONDA J. WINNECOUR<br>SUITE 3250, USX TOWER<br>600 GRANT STREET<br>PITTSBURGH, PA 15219 | **US TRUSTEE:**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER.<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222 |
|---|---|

Via Regular Mail:         **DEBTOR:**
                          MARTIN J VIALE
                          DONNA M. VIALE
                          30 ASHLEY ROAD
                          GIBSONIA, PA 15044

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 22, 2022                /S/ KAREN LEONE-RULLIS

                                    Name: KAREN LEONE-RULLIS
                                    Title: Legal Assistant/Paralegal

FILED
3/22/22 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANNIA

| IN RE: | Chapter: 13 |
|---|---|
| MARTIN J. VIALE<br>DONNA M. VIALE, | Case No. 19-23752 GLT<br>Related to Dkt. No. 141 |
| Debtor(s). | **STIPULATION AND ORDER REGARDING PAYMENTS** |

It is hereby stipulated and agreed by and between the Debtors named above, and United Asset Management, LLC as Trustee for CMLTI Asset Trust, LLC, the Secured Creditor, and the Chapter 13 Trustee, by their undersigned counsel, as follows:

WHEREAS, Debtors have remitted direct postpetition payments to the Secured Creditor in the total amount of $905.83 for the mortgage on property located at 3658 Watson Road, Stow, New York 14785;

WHEREAS, the parties wish to resolve the payment application and apply the aforementioned payments the postpetition account, which will bring the debtor due for the August 2022 postpetition payment;

WHEREAS, the parties wish to have the Trustee resume making the postpetition payments beginning with the August 2022 payment.

NOW THEREFORE, it is ORDERED:

1. That the Debtors' direct payments totaling $905.83 shall be applied as a credit to the ongoing monthly postpetition payments due on Claim No. 11.

2.  The Chapter 13 Trustee shall resume the payment of ongoing post petition payments beginning in August 2022.

SO ORDERED
March 22, 2022

_____
HONORABLE GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

**CONSENTED AND AGREED TO BY:**

*/s/ Tammy L. Terrell Benoza*
Tammy L. Terrell Benoza
Attorney for Secured Creditor

*/s/ Brian C. Thompson*
Brian C. Thompson
Attorney for Debtor(s)

*/s/ James C. Warmbrodt*
James C. Warmbrodt
Attorney for the Chapter 13 Trustee