FILED
3/22/22 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANNIA

|  |  |
|---|---|
| IN RE:<br><br>MARTIN J. VIALE<br>DONNA M. VIALE,<br><br>        Debtor(s). | Chapter:  13<br><br>Case No.  19-23752 GLT<br> Related to Dkt. No. 141<br><br>**STIPULATION AND ORDER**<br>**REGARDING PAYMENTS** |

It is hereby stipulated and agreed by and between the Debtors named above, and United Asset Management, LLC as Trustee for CMLTI Asset Trust, LLC, the Secured Creditor, and the Chapter 13 Trustee, by their undersigned counsel, as follows:

WHEREAS, Debtors have remitted direct postpetition payments to the Secured Creditor in the total amount of $905.83 for the mortgage on property located at 3658 Watson Road, Stow, New York 14785;

WHEREAS, the parties wish to resolve the payment application and apply the aforementioned payments the postpetition account, which will bring the debtor due for the August 2022 postpetition payment;

WHEREAS, the parties wish to have the Trustee resume making the postpetition payments beginning with the August 2022 payment.

NOW THEREFORE, it is ORDERED:

1.      That the Debtors' direct payments totaling $905.83 shall be applied as a credit to the ongoing monthly postpetition payments due on Claim No.  11.

2.      The Chapter 13 Trustee shall resume the payment of ongoing post petition

payments beginning in August 2022.

SO ORDERED
March 22, 2022

_____
HONORABLE GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

**CONSENTED AND AGREED TO BY:**

*/s/ Tammy L. Terrell Benoza*
Tammy L. Terrell Benoza
Attorney for Secured Creditor

*/s/ Brian C. Thompson*
Brian C. Thompson
Attorney for Debtor(s)

*/s/ James C. Warmbrodt*
James C. Warmbrodt
Attorney for the Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-23752-GLT

Martin J Viale                                                                            Chapter 13

Donna M. Viale

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 22, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

**Recip ID**                **Recipient Name and Address**
db/jdb                  +  Martin J Viale, Donna M. Viale, 30 Ashley Road, Gibsonia, PA 15044-7836

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2022                         Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:**

**Name**                          **Email Address**

Allison L. Carr
                          on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov

Ashleigh Levy Marin
                          on behalf of Creditor Citibank  N.A., as Trustee for CMLTI Asset Trust amarin@feinsuch.com, pabankruptcy@feinsuch.com

Brian Nicholas
                          on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian C. Thompson
                          on behalf of Debtor Martin J Viale bthompson@ThompsonAttorney.com
                          blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com

Brian C. Thompson
                          on behalf of Joint Debtor Donna M. Viale bthompson@ThompsonAttorney.com

District/off: 0315-2                                     User: auto                                              Page 2 of 2
Date Rcvd: Mar 22, 2022                          Form ID: pdf900                                   Total Noticed: 1

blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com

Daniel Philip Jones
on behalf of Creditor Community Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Jeffrey R. Hunt
on behalf of Creditor Township of West Deer jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Fifth Third Bank  N.A. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kristen D. Little
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al logsecf@logs.com  cistewart@logs.com

Lorraine Gazzara Doyle
on behalf of Creditor Fay Servicing  LLC as servicer for Citibank, N.A., as trustee for CMLTI Asset Trust lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Mario J. Hanyon
on behalf of Creditor U.S. Bank National Association wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-6, U.S. Bank National Association, a wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael John Clark
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al mclark@squirelaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Sindi Mncina
on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

Tammy Benoza
on behalf of Creditor United Asset Management  LLC as Trustee for CMLTI Asset Trust, LLC tterrell@fskslaw.com

Thomas Song
on behalf of Creditor Bayview Loan Servicing  LLC pawb@fedphe.com

Wade T. Doerr
on behalf of Creditor THE HUNTINGTON NATIONAL BANK wdoerr@bdblaw.com

TOTAL: 22