**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/24/2022

IN RE:

| | |
|---|---|
| MARTIN J VIALE<br>DONNA M. VIALE<br>30 ASHLEY ROAD<br>GIBSONIA,  PA  15044<br>XXX-XX-6996          Debtor(s)<br><br>XXX-XX-7970 | Case No.19-23752 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/24/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BARGAIN OUTLET/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 7011 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **RAS CRANE LLC**<br>10700 ABOTT'S BRIDGE RD STE 170<br>DULUTH, GA 30097 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LEHMAN~US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALDRIDGE PITE LLP**<br>4375 JUTLAND DR STE 200<br>PO BOX 17933<br>SAN DIEGO, CA 92177-0933 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **NIEKAMP WEISENSELL ET AL LLP FKA BERNLC**<br>23 S MAIN ST 3RD FL<br>AKRON, OH 44308 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HUNTINGTON NATL BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA****<br>PO BOX 660933<br>DALLAS, TX 75266 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: NT PROV/PL*NT ADR/SCH | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4704 |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number: 7  INT %: 5.85%<br>Court Claim Number: 12-2<br>CLAIM: 81,538.52<br>COMMENT: CL12-2GOV@5.85%/PL*PMT/CONF*PMT NT STD/CL*1ST/SCH*LMP POSSIBLE*FR B/ | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 5073 |
| **DEER LAKES SD & W DEER TWP (RE)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 1671-B-262*$@10%/PL*09-14/SCH-PL*RMVD/PAP | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: B262 |
| **FIFTH THIRD BANK**<br>ATTN CONSUMER BKRPTCY PMT DIVISION****<br>1830 EAST PARIS SE MS#RSCB3E<br>GRAND RAPIDS, MI 49546 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: RS/OE~STAYED*CL9GOV*PMT/CL-PL*632.17 X (78+2)=LMT*2ND*BGN 10/19 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1924 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 10  INT %: 5.00%<br>Court Claim Number: 13<br>CLAIM: 10,225.00<br>COMMENT: CL13GOV*$CL-PL@6%/PL~STAT ISSUE*09-11/SCH-PL*GU BAR TIMELY | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6996 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA 15102 | Trustee Claim Number: 11  INT %: 12.00% <br> Court Claim Number: 14 <br> CLAIM: 1,512.10 <br> COMMENT: 1671B262*CL14GOV*TTL=3092.76@12%/PL*09-14/PL*09-12/SCH*09-19/CL*WNTS 12 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: B262 |
| **US BANK NA - TRUSTEE** <br> C/O NATIONSTAR MORTGAGE LLC* <br> PO BOX 619094 <br> DALLAS, TX 75261-9741 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 0.00 <br> COMMENT: RS/OE**PMT/NTC*DKT4PMT-LMT*BGN 10/19 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 7796 |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number: 13  INT %: 6.00% <br> Court Claim Number: 2 <br> CLAIM: 27,550.95 <br> COMMENT: CL2GOV*$CL-PL@5%/PL~STAT ISSUE*6496~08-09/SCH*08-09/PL*06,08-15/CL | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 6996 |
| **SELENE FINANCE** <br> PO BOX 422039 <br> HOUSTON, TX 77242-4239 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: NC2 <br> CLAIM: 905.83 <br> COMMENT: PMTS PROPER/CONF*RMVD/AMD PL*W/63, 76 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 4140 |
| **WEST DEER TOWNSHIP (RE)** <br> C/O JORDAN TAX SERVICE-DLNQ CLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 15  INT %: 10.00% <br> Court Claim Number: 15 <br> CLAIM: 735.56 <br> COMMENT: 1671B262*CL15GOV*329.32@10%TTL/PL*WNTS 10%/CL*11-13/PL*11-18/CL*GU BAR | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: B262 |
| **PHELAN HALLINAN DIAMOND & JONES LLP** <br> C/O PMB SSS ACQUISITION <br> PO BOX 8990 <br> TURNERSVILLE, NJ 08012-8990 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 42,280.96 <br> COMMENT: CL13GOV*$/CL-PL*12-13/PL*12/SCH*GU BAR TIMELY | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 6996 |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 3,743.72 <br> COMMENT: CL2GOV*$/CL-PL*10-12/PL*06-12,12-17/SCH*06-18/CL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 6996 |
| **ADVANTAGE ASSET** <br> 3722 SOUTHWEST FREEWAY <br> HOUSTON, TX 77074 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5600 |
| **AMERICAN EXPRESS NATIONAL BANK** <br> C/O BECKET AND LEE LLP <br> PO BOX 3001 <br> MALVERN, PA 19355-0701 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 4,081.67 <br> COMMENT: DK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2005 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **AZUREA I LLC** C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE, WA 98124-3978 | Trustee Claim Number: 21  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **BANK OF AMERICA\*\*** RETAIL PAYMENT SERVICES PO BOX 660933 DALLAS, TX 75266-0933 | Trustee Claim Number: 22  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1219 |
| **BANK OF AMERICA\*\*** RETAIL PAYMENT SERVICES PO BOX 660933 DALLAS, TX 75266-0933 | Trustee Claim Number: 23  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2088 |
| **BANK OF AMERICA\*\*** RETAIL PAYMENT SERVICES PO BOX 660933 DALLAS, TX 75266-0933 | Trustee Claim Number: 24  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2094 |
| **CAPITAL ONE\*\*** 6125 LAKEVIEW RD STE 800 CHARLOTTE, NC 28269 | Trustee Claim Number: 25  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3823 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 26  INT %: 0.00% Court Claim Number: 5 | CLAIM: 1,114.28 COMMENT: 5211/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1148 |
| **CAPITAL ONE\*\*** 6125 LAKEVIEW RD STE 800 CHARLOTTE, NC 28269 | Trustee Claim Number: 27  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4931 |
| **CITIBANK\*\*** POB 6241 SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 28  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR~STAPLES/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7164 |
| **DFS ACCEPTANCE** DELL PMT PROCESSING CTR POB 6403 CAROL STREAM, IL 60197-6403 | Trustee Claim Number: 29  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6133 |
| **DUQUESNE LIGHT COMPANY\*** ATTN. LITIGATION COUNSEL 411 SEVENTH AVE MAIL DROP 16-1 PITTSBURGH, PA 15219 | Trustee Claim Number: 30  INT %: 0.00% Court Claim Number: 10 | CLAIM: 1,547.91 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9979 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FIFTH THIRD BANK**<br>PO BOX 637640<br>CINCINNATI, OH 45263-7640 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0075 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br>INDIANA, PA 15701 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8962 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br>INDIANA, PA 15701 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2629 |
| **KEYBANK NA S/B/M FIRST NIAGARA BANK NA**<br>PO BOX 94968<br>CLEVELAND, OH 44101 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~FIRST NIAGARA BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6996 |
| **GE CAPITAL RETAIL BANK**<br>ATTN BANKRUPTCY DEPT<br>POB 960061<br>ORLANDO, FL 32896-0661 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7011 |
| **HOME DEPOT CREDIT SERVICES**<br>PO BOX 9001010<br>LOUISVILLE, KY 40290 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1043 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 0.00<br>COMMENT: NO PMTS/CONF OE 4/15/21*NT PROV/PL*$254,213.21/CL*W/38*DK | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 5107 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 0.00<br>COMMENT: NO PMTS/CONF OE 4/15/21*$44,400/CL*NT PROV/PL*UNS/SCH*W/37 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 5107 |
| **KWIATKOWSKI PLUMBING**<br>PO BOX 10942<br>PITTSBURGH, PA 15236 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2065 |
| **GECC-LOWES**<br>C/O TSYS TOTAL DEBT MGT INC<br>POB 137<br>COLUMBUS, GA 31902-0137 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH*LOWES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1973 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **GECC-LOWES**<br>C/O TSYS TOTAL DEBT MGT INC<br>POB 137<br>COLUMBUS, GA 31902-0137 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*LOWES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7469 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O TSYS DEBT MGMT INC<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1619 |
| **MARK W HEIDENREICH CPA**<br>3314 NORTHSIDE DR UNIT 35<br>KEY WEST, FL 33040 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 10,955.36<br>COMMENT: SERVICES RENDERED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MCCLURE JOHNSTON CO**<br>C/O PAUL R RENNIE ESQ<br>125 1ST AVE<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0415 |
| **MILLER LIMBAUGH & CONLEY**<br>ATTORNEYS AT LAW<br>4767 WILLIAM FLYNN HIGHWAY<br>ALLISON PARK, PA 15101 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 2,996.99<br>COMMENT: 6996;7970-2*4167/SCH*COSIGNER IS MARTIN VIALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6996 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1181 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9015 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6693 |
| **SALLIE MAE**<br>C/O SALLIE MAE INC<br>220 LASLEY AVE<br>WILKES-BARRE, PA 18706 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8907 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  751.07<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6996 |
| **WAL MART**<br>PO BOX 965022<br><br><br>ORLANDO, FL  32896 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7205 |
| **GRENEN & BIRSIC PC***<br>1 GATEWAY CENTER - 9TH FL<br>420 FT DUQUESNE BLVD<br><br>PITTSBURGH, PA  15222 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br><br><br>NEW YORK, NY  10087-9262 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MCCARTHY BURGESS & WOLFF**<br>26000 CANNON RD<br><br><br>CLEVELAND, OH  44146 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **INVESTMENT PROPERTY SERVICES**<br>30 ASHLEY RD<br><br>GIBSONIA, PA  15044 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **M VAILE CONTRACTING**<br>30 ASHLEY RD<br><br>GIBSONIA, PA  15044 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  302.89<br>COMMENT:  NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6996 |
| **US BANK NA - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:59  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  35,904.04<br>COMMENT:  $/CL-PL*THRU 9/19 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  7796 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:60  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BAYVIEW LOAN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **FIFTH THIRD BANK**<br>ATTN CONSUMER BKRPTCY PMT DIVISION**<br>1830 EAST PARIS SE MS#RSCB3E<br>GRAND RAPIDS, MI 49546 | Trustee Claim Number:61 INT %: 0.00%<br>Court Claim Number:9 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1924 | CLAIM: 21,204.37<br>COMMENT: CL9GOV*20617.08/PL*THRU 9/19 |
| **PADGETT LAW GROUP**<br>6267 OLD WATER OAK RD STE 203<br>TALLAHASSEE, FL 32312 | Trustee Claim Number:62 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: CITIBANK/PRAE |
| **UNITED ASSET MANAGEMENT LLC**<br>C/O FCI LENDER SERVICES<br>PO BOX 27370<br>ANAHEIM HILLS, CA 92809-0112 | Trustee Claim Number:63 INT %: 0.00%<br>Court Claim Number:11 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5110 | CLAIM: 3,895.29<br>COMMENT: PD THRU 7/22 BY TT + 905.83 DIR BY DTR*SEE CID FOR PMTS BGN 8/22*FR CITIBA |
| **FEIN SUCH KAHN & SHEPARD PC**<br>7 CENTURY DR STE 201<br>PARSIPANNY, NJ 07054-4608 | Trustee Claim Number:64 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: CITIBANK/PRAE |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:65 INT %: 0.00%<br>Court Claim Number:13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6996 | CLAIM: 9,472.02<br>COMMENT: NO GEN UNS/SCH*GU BAR TIMELY |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number:66 INT %: 0.00%<br>Court Claim Number:14 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: B262 | CLAIM: 1,580.66<br>COMMENT: 1671B262*CL14GOV*TTL=3092.76@12%/PL*09-14/PL*09-12/SCH*09-19/CL*NON INT* |
| **WEST DEER TOWNSHIP (RE)**<br>C/O JORDAN TAX SERVICE-DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:67 INT %: 0.00%<br>Court Claim Number:15 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: B262 | CLAIM: 526.39<br>COMMENT: 1671B262*CL15GOV*329.32@10%TTL/PL*WNTS 10%/CL*11-13/PL*11-18/CL*GU BAR |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:68 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE |
| **SHAPIRO & DENARDO LLC***<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA 19406 | Trustee Claim Number:69 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NATIONSTR~MR COOPER/PRAE |
| **FRIEDMAN VARTOLO LLP**<br>1325 FRANKLIN AVE STE 160<br>GARDEN CITY, NY 11530 | Trustee Claim Number:70 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: FAY SVCNG/PRAE |

| | | |
|---|---|---|
| **UNITED ASSET MANAGEMENT LLC** | Trustee Claim Number:71  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O FCI LENDER SERVICES | Court Claim Number:11 | ACCOUNT NO.:  5110 |
| PO BOX 27370 | | |
| | CLAIM:  7,097.80 | |
| ANAHEIM HILLS, CA  92809-0112 | COMMENT:  $/CL-PL*FR CITIBANK-DOC 113 | |
| | | |
| **STERN & EISENBERG LP** | Trustee Claim Number:72  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1581 MAIN ST STE 200 | Court Claim Number: | ACCOUNT NO.: |
| THE SHOPPES AT VALLEY SQUARE | | |
| | CLAIM:  0.00 | |
| WARRINGTON, PA  18976 | COMMENT:  COMMUNITY LN/PRAE | |
| | | |
| **COMMUNITY LOAN SERVICING LLC** | Trustee Claim Number:73  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN CASHIERING DEPT | Court Claim Number:16 | ACCOUNT NO.:  5073 |
| 4425 PONCE DE LEON BLVD 5TH FL | | |
| | CLAIM:  0.00 | |
| CORAL GABLES, FL  33146 | COMMENT:  CL 16@7079.74 W/D-DOC 110*ORDER@DOC 111 | |
| | | |
| **BROCK & SCOTT PLLC** | Trustee Claim Number:74  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 302 FELLOWSHIP RD STE 130 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM:  0.00 | |
| MT LAUREL, NJ  08054 | COMMENT:  LEHMAN/PRAE | |
| | | |
| **COMMUNITY LOAN SERVICING LLC** | Trustee Claim Number:75  INT %:  0.00% | CRED DESC:  Post Petition Escrow |
| ATTN CASHIERING DEPT | Court Claim Number:12-2 | ACCOUNT NO.:  5073 |
| 4425 PONCE DE LEON BLVD 5TH FL | | |
| | CLAIM:  0.00 | |
| CORAL GABLES, FL  33146 | COMMENT:  PMT/PL-CONF*BGN 10/21*533.49X 54REM MO+2=LMT*W/7 | |
| | | |
| **UNITED ASSET MANAGEMENT LLC** | Trustee Claim Number:76  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O FCI LENDER SERVICES | Court Claim Number:11 | ACCOUNT NO.:  5110 |
| PO BOX 27370 | | |
| | CLAIM:  0.00 | |
| ANAHEIM HILLS, CA  92809-0112 | COMMENT:  PMT/OE*BGN 8/22*(144.27X 43+2)=LMT*W/63*FR CITIBANK-DOC 113*W/14, 63*DKT | |