FILED
8/5/22 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Martin J. Viale
Donna M. Viale

Case No. 19-23752-GLT

Chapter 13

Debtor(s).

Related to Doc. Nos. 124 & 131

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑       a motion to dismiss case or certificate of default requesting dismissal

☒       a plan modification sought by:  The Trustee

❑       a motion to lift stay
         as to creditor        _____

❑       Other:        _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated October 20, 2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑       Debtor(s) Plan payments shall be changed from $ _____ to
         $ _____ per _____, effective _____; and/or the Plan
         term shall be changed from ____ months to ____ months.                     .

[04/22]                         -1-

❑     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑     Debtor(s) shall file and serve _____ on or before _____.

❑     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒     Other: No payments shall be made to Huntington National Bank (Claim #4) as this is paid outside the plan by a separate business owned by debtors. _____

      **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

      **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]                    -2-

**SO ORDERED**, this  5th   day of   August,   2022

_____     **jah**
Gregory L. Taddonio
United States Bankruptcy Judge


Stipulated by:                                    Stipulated by:

/s/ Brian C. Thompson                            /s/ Katherine DeSimone
Brian C. Thompson (PA I.D. #91197)               Katherine DeSimone (PA I.D. #42575)
Counsel to Debtor                                Counsel to Chapter 13 Trustee
Thompson Law Group P.C.                          Office of the Chapter 13 Trustee
125 Warrendale Bayne Road                        U.S. Steel Tower – Suite 3250
Suite 200                                        600 Grant Street
Warrendale, PA  15086                            Pittsburgh, PA  15219
724-799-8404                                     kdesimone@chapter13trusteewdpa.com
bthompson@thompsonattorney.com


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Martin J Viale

Donna M. Viale

    Debtors

Case No. 19-23752-GLT

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Aug 05, 2022 | Form ID: pdf900 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin J Viale, Donna M. Viale, 30 Ashley Road, Gibsonia, PA 15044-7836 |
| cr | + | Citibank, N.A., as Trustee for CMLTI Asset Trust, PADGETT LAW GROUP, c/o Christopher Giacinto, Esq., 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Fay Servicing, LLC as servicer for Citibank, N.A.,, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Township of West Deer, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15128756 | + | Advantage Asset, 3722 Southwest Freeway, Houston, TX 77027 |
| 15128762 | | Bernstein Law Firm, ATTN: Shawn P. McClure, Gulf Tower, Suite 2200, Pittsburgh, PA 15219 |
| 15128765 | | David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15128766 | + | Deer Lakes SD and Township, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15128768 | + | Duquesne Light Company, Payment Processing Center, PO Box 67, Pittsburgh, PA 15267-0067 |
| 15128776 | + | Investment Property Services, Inc., 30 Ashley Road, Gibsonia, PA 15044-7836 |
| 15128778 | + | John K. Weinstein, Allegheny County Treasurer, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 15128780 | + | Kwiatkowski Plumbing, PO Box 10942, Pittsburgh, PA 15236-0942 |
| 15128783 | + | M. Viale Contracting, Inc., 30 Ashley Road, Gibsonia, PA 15044-7836 |
| 15128786 | + | McClure Johnston Company, 201 Corey Avenue, Braddock, PA 15104-1397 |
| 15128787 | + | Miller, Limbaugh & Conley, 4767 William Flynn Highway, Allison Park, PA 15101-2456 |
| 15128790 | + | PA Department of Revenue, Bureau of Compliance - Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 15128792 | | Phelan Hallinan, LLP, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15148941 | + | The Huntington National Bank, c/o Christopher J. Niekamp, 23 S. Main St. Third Floor, Akron, OH 44308-1818 |
| 15177127 | + | Township of West Deer, GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15128799 | + | Township of West Deer, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15128800 | + | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15388577 | | United Asset Management, LLC, c/o FCI Lender Services, P. O. Box 27370, Anaheim Hills, CA 92809-0112 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Aug 05 2022 23:29:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 05 2022 23:29:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2022 23:29:00 | LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 05 2022 23:29:00 | Lehman XS Trust Mortgage Pass-Through Certificates, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | | |

District/off: 0315-2       User: auto       Page 2 of 5

Date Rcvd: Aug 05, 2022       Form ID: pdf900       Total Noticed: 75

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 05 2022 23:37:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 05 2022 23:29:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 05 2022 23:29:00 | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15128757 | | Email/PDF: bncnotices@becket-lee.com | Aug 05 2022 23:37:11 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 15156809 | | Email/PDF: bncnotices@becket-lee.com | Aug 05 2022 23:37:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15128758 | + | Email/Text: bncmail@w-legal.com | Aug 05 2022 23:29:00 | Azurea I, LLC, c/o Weinstein, Pinson & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15128759 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 05 2022 23:29:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 15128760 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 05 2022 23:29:00 | Bank of America Home Loans, PO Box 15222, Wilmington, DE 19886-5222 |
| 15128761 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 05 2022 23:29:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, 5th Floor, Miami, FL 33146-1839 |
| 15167170 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 05 2022 23:29:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15128774 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2022 23:37:11 | Home Depot Credit Services, Processing Center, Des Moines, IA 50364-0500 |
| 15128763 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2022 23:37:13 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15151806 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2022 23:37:10 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15166609 | | Email/Text: ECF@fayservicing.com | Aug 05 2022 23:29:00 | Citibank, N.A., as trustee for CMLTI Asset Trust, c/o Fay Servicing LLC, PO Box 814609, Dallas TX 75381-4609 |
| 15128764 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2022 23:37:14 | Citibank/Staples, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15301396 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2022 23:29:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15177126 | + | Email/Text: ebnjts@grblaw.com | Aug 05 2022 23:29:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15128783 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2022 23:37:17 | Macy's, PO Box 8118, Mason, OH 45040 |
| 15165606 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 05 2022 23:29:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15128771 | | Email/Text: psnyder@fcbanking.com | Aug 05 2022 23:29:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701 |
| 15128770 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 05 2022 23:29:00 | Fifth Third Bank, PO Box 740789, Cincinnati, OH 45274-0789 |
| 15163815 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Aug 05 2022 23:29:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15128772 | + | Email/Text: fnb.bk@fnfg.com | Aug 05 2022 23:29:00 | First Niagra Bank, PO Box 514, Lockport, NY 14095-0514 |

District/off: 0315-2 | User: auto | Page 3 of 5
Date Rcvd: Aug 05, 2022 | Form ID: pdf900 | Total Noticed: 75

| | | | |
|---|---|---|---|
| 15128773 | + Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 23:37:17 | GE Capital Retail Bank, PO Box 985033, Orlando, FL 32896-0001 |
| 15128775 | + Email/Text: bankruptcy@huntington.com | Aug 05 2022 23:29:00 | Huntington National Bank, 2361 Morse Road, Columbus, OH 43229-5856 |
| 15128777 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 05 2022 23:29:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15128779 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 05 2022 23:29:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15128781 | + Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 23:37:14 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 15128784 | Email/Text: mwhcpaoffice@yahoo.com | Aug 05 2022 23:29:00 | Mark Heidenreich, CPA, 6125 Penn Drive, Butler, PA 16002 |
| 15137864 | Email/Text: mwhcpaoffice@yahoo.com | Aug 05 2022 23:29:00 | Mark W. Heidenreich, CPA, c/o Mark W. Heidenreich & Co. LLC, 6125 Penn Drive, Butler, PA 16002 |
| 15128785 | + Email/Text: bknotices@mbandw.com | Aug 05 2022 23:29:00 | McCarthy Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 15128788 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2022 23:29:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15152153 | Email/PDF: pa_dc_claims@navient.com | Aug 05 2022 23:37:17 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15128789 | Email/PDF: pa_dc_claims@navient.com | Aug 05 2022 23:37:17 | Navient, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 15128791 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 05 2022 23:29:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15128794 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2022 23:29:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15128793 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2022 23:29:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 15128795 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2022 23:37:14 | Portfolio Recovery Associates, POB 12914, Norfolk, VA 23541 |
| 15147174 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 05 2022 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15128798 | + Email/Text: bkteam@selenefinance.com | Aug 05 2022 23:29:00 | SRMOF II 2011-1 Trust, c/o Selen Finance, LP, Attn: Bankruptcy dept, 9990 Richmond Avneue Suite 400, South Houston, TX 77042-4546 |
| 15128796 | + Email/PDF: pa_dc_claims@navient.com | Aug 05 2022 23:37:11 | Sallie Mae, 1002 Arthur Drive, Lynn Haven, FL 32444-1683 |
| 15128797 | + Email/Text: bkteam@selenefinance.com | Aug 05 2022 23:29:00 | Selene Finance, PO Box 422039, Houston, TX 77242-4239 |
| 15130236 | + Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 23:37:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15128801 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2022 23:29:00 | U.S. Bank N.A., c/o Nationstar Mortgage LLC dba Mr Coope, PO Box 619096, Dallas, TX 75261-9096 |
| 15147262 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2022 23:29:00 | U.S. Bank National Association, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 15128802 | ^ MEBN | Aug 05 2022 23:28:24 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15128803 | + Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 23:37:17 | Wal-Mart Discover, PO Box 960024, Orlando, FL 32896-0024 |

District/off: 0315-2 | User: auto | Page 4 of 5
--- | --- | ---
Date Rcvd: Aug 05, 2022 | Form ID: pdf900 | Total Noticed: 75

15128769    + Email/PDF: bncnotices@becket-lee.com

Aug 05 2022 23:37:10    eCast Settlement Corporation, PO Box 29262, New York, NY 10087-9262

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Fifth Third Bank, N.A. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper et al |
| cr | | THE HUNTINGTON NATIONAL BANK |
| cr | | United Asset Management, LLC |
| cr | | United Asset Management, LLC as Trustee for CMLTI |
| 15128767 | | Dell Preferred Account, Payment Processing Center, PO Box 6403 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 7 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Ashleigh Levy Marin | on behalf of Creditor Citibank N.A., as Trustee for CMLTI Asset Trust amarin@feinsuch.com, pabankruptcy@feinsuch.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Martin J Viale bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Donna M. Viale bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Daniel Philip Jones | on behalf of Creditor Community Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | |

District/off: 0315-2                                  User: auto                                  Page 5 of 5
Date Rcvd: Aug 05, 2022                          Form ID: pdf900                          Total Noticed: 75

on behalf of Creditor Township of West Deer jhunt@grblaw.com

Keri P. Ebeck

on behalf of Creditor Fifth Third Bank  N.A. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kristen D. Little

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al kdlittleecf@gmail.com

Lorraine Gazzara Doyle

on behalf of Creditor Fay Servicing  LLC as servicer for Citibank, N.A., as trustee for CMLTI Asset Trust lorraine@mvrlaw.com,
diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Mario J. Hanyon

on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-6, U.S. Bank
National Association, a wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor U.S. Bank National Association wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Michael John Clark

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al mclark@squirelaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Ryan Starks

on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-6, U.S. Bank
National Association, a Ryan.Starks@brockandscott.com

S. James Wallace

on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
PNGbankruptcy@peoples-gas.com

Sindi Mncina

on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

Tammy Benoza

on behalf of Creditor United Asset Management  LLC as Trustee for CMLTI Asset Trust, LLC tterrell@fskslaw.com

Thomas Song

on behalf of Creditor Bayview Loan Servicing  LLC pawb@fedphe.com

Wade T. Doerr

on behalf of Creditor THE HUNTINGTON NATIONAL BANK wdoerr@bdblaw.com


TOTAL: 23