# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Martin J. Viale, and Donna M. Viale, | : | Bankruptcy Case No.: 19-23752-GLT |
| | : | Chapter 13 |
| Debtors. | : | |
| Martin J. Viale, and Donna M. Viale | : | Document No.: 157 |
| Movants, | : | Related to Document No.: 156 |
| v. | : | Related to Claim No.: 3 |
| Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-6 U.S. Bank National Association, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Debtor's Declaration of Sufficient Plan Funding, on August 15, 2022 on the interested parties listed below:

Lehman XS Trust Mortgage Pass-Through
Certificates, U.S. Bank Association
RAS Crane, LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097-8461

Ryan Starks, Esquire
Brock & Scott, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217-3977

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: August 15, 2022

By: /s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com