# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Martin J. Viale and Donna M. Viale, | ) ) ) | Bankruptcy No. 19-23752 GLT |
| Debtors. | ) ) | Chapter 13 |
| Ronda J. Winnecour, Trustee Movant, v. | ) ) ) ) | Document No. |
| | ) | Related to Doc No. 159 |
| Martin J. Viale and, Donna M. Viale | ) ) ) ) | |
| Respondents. | ) | |

## DEBTORS' NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

Debtors hereby give notice of intent to cure the plan arrears in the above captioned case via a lump sum payment from funds to be received from the sale of debtors' assets. Debtors anticipate said funds will be sufficient to bring the case current. Debtors anticipate receipt of funds within the next six months. Debtors will continue to make plan payments under the confirmed plan.

Dated: October 28, 2022

/s/Brian C. Thompson, Esquire
Brian C. Thompson, Esquire
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com