## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Martin J. Viale and | ) | Bankruptcy No. 19-23752 GLT |
| Donna M. Viale, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Movant, | ) | Document No. |
| v. | ) | |
| | ) | Related to Doc No. 159, 164 |
| Martin J. Viale and, | ) | |
| Donna M. Viale | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

### AMENDED NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

1. Debtor(s) propose to cure the plan default as pleaded in the Trustee's Certificate of Default.

2. The cure shall be effected as follows: Debtors anticipate said funds will be sufficient to bring the case current. Debtors anticipate receipt of funds within the next six months. Debtors will continue to make plan payments under the confirmed plan.

3. All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtor(s) and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

4. A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on December 15, 2022, at 10:00 a.m., before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

|  |  |
|---|---|
| Dated: November 1, 2022 | /s/Brian C. Thompson, Esquire<br>Brian C. Thompson, Esquire<br>PA ID: 91197<br>Thompson Law Group, P.C.<br>125 Warrendale-Bayne Rd., Suite 200<br>Warrendale, PA 15086<br>(724) 799-8404 Telephone<br>(724) 799-8409 Facsimile<br>bthompson@thompsonattorney.com |