UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MARTIN J. VIALE and<br>DONNA M. VIALE,<br><br>                     Debtors. | Case No.: 19-23752 GLT<br><br>Chapter: 13 |

## AMENDED OBJECTION OF UNITED ASSET MANAGEMENT, LLC TO NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

AND NOW COMES, United Asset Management, LLC ("Mortgagee"), secured creditor and mortgage lien holder on real property owned by Debtor(s) and located at 3658 Watson Road, Stow, NY 14785 ("the Property"), by its attorneys, Fein, Such, Kahn & Shepard, P.C., who hereby aver as follows:

    1.    Mortgagee is a secured creditor by way of a mortgage representing a lien on the Property.

    2.    Debtors filed the instant Chapter 13 Bankruptcy Petition on September 22, 2019.

    3.    The debtor is currently due for the August 2022 post petition payment.

    4.    The debtor proposes a cure of the plan arrears and anticipates funds within six (6) months however it is unclear where the funds are coming from and when payment can be expected.

WHEREFORE, United Asset Management, LLC prays and respectfully requests that the Debtors be required to file additional information with the Court that details the source of income and payments.

| | |
|---|---|
| Date: November 23, 2022 | /s/ *Tammy L. Terrell Benoza*<br>State Bar No. 325339<br>Fein, Such, Kahn & Shepard, PC<br>7 Century Drive<br>Suite 201<br>Parsippany, NJ 07054<br>973-538-4700<br>bankruptcy@fskslaw.com |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Case No.: 19-23752 GLT |
|---|---|
| MARTIN J. VIALE and DONNA M. VIALE, | Chapter: 13 |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, *Ruth Essington*, paralegal certify under penalty of perjury that I caused to be served the Amended Objection to the Debtor's Notice of Proposal to Cure Plan Defaults on the parties at the addresses shown below or on the attached list on November 23, 2022.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| Debtor's Counsel:<br>Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road<br>Suite 200<br>Warrendale, PA 15086 | Debtor(s):<br>Martin J Viale<br>Donna M. Viale<br>30 Ashley Road<br>Gibsonia, PA 15044 |
| Trustee (if applicable):<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | |
| US Trustee:<br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | |

Date: November 23, 2022  /s/Ruth Essington
 Paralegal
 Fein, Such, Kahn & Shepard, PC
 7 Century Drive
 Suite 201
 Parsippany, NJ 07054
 973-538-4700
 bankruptcy@fskslaw.com