2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-23752-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Martin J Viale
30 Ashley Road
Gibsonia PA 15044

Donna M. Viale
30 Ashley Road
Gibsonia PA 15044

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/02/2022.

Name and Address of Alleged Transferor(s):

Claim No. 11: United Asset Management, LLC, c/o FCI Lender Services, P. O. Box 27370, Anaheim Hills, CA 92809-0112

Name and Address of Transferee:

United Asset Management, LLC
Fay Servicing, LLC
Bankruptcy Department
PO Box 814609
Dallas, TX 75381-4609

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/07/22

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Martin J Viale  
Donna M. Viale  
    Debtors

Case No. 19-23752-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Dec 05, 2022     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 15388577 | United Asset Management, LLC, c/o FCI Lender Services, P. O. Box 27370, Anaheim Hills, CA 92809-0112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2022     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2022 at the address(es) listed below:

**Name**     **Email Address**

Allison L. Carr  
    on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov

Ashleigh Levy Marin  
    on behalf of Creditor Citibank  N.A., as Trustee for CMLTI Asset Trust amarin@feinsuch.com, pabankruptcy@feinsuch.com

Brian Nicholas  
    on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian C. Thompson  
    on behalf of Debtor Martin J Viale bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson  
    on behalf of Joint Debtor Donna M. Viale bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Christopher A. DeNardo  
    on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-6, U.S. Bank

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 05, 2022 | Form ID: trc | Total Noticed: 1 |

    National Association, a logsecf@logs.com

Daniel Philip Jones
    on behalf of Creditor Community Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Jeffrey R. Hunt
    on behalf of Creditor Township of West Deer jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Fifth Third Bank N.A. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al kdlittleecf@gmail.com

Lorraine Gazzara Doyle
    on behalf of Creditor Fay Servicing LLC as servicer for Citibank, N.A., as trustee for CMLTI Asset Trust ldoyle@logs.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Mario J. Hanyon
    on behalf of Creditor U.S. Bank National Association wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-6, U.S. Bank National Association, a wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael John Clark
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Ryan Starks
    on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-6, U.S. Bank National Association, a Ryan.Starks@brockandscott.com, wbecf@brockandscott.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

Tammy Benoza
    on behalf of Creditor United Asset Management LLC tterrell@fskslaw.com

Tammy Benoza
    on behalf of Creditor Citibank N.A., as Trustee for CMLTI Asset Trust tterrell@fskslaw.com

Tammy Benoza
    on behalf of Creditor United Asset Management LLC as Trustee for CMLTI Asset Trust, LLC tterrell@fskslaw.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing LLC pawb@fedphe.com

Wade T. Doerr
    on behalf of Creditor THE HUNTINGTON NATIONAL BANK wdoerr@bdblaw.com

TOTAL: 26