**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

IN RE:                                                                              Case No. 19-23752-GLT
                                                                                          Chapter 13

Martin J Viale
Donna M. Viale

Debtor(s).

## NOTICE OF APPEARANCE

**United Asset Management, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 8th day of December, 2022, to the following:

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale-Bayne Road
Suite 200
Pittsburgh, PA 15086
bthompson@ThompsonAttorney.com
*Attorney for Debtor(s)*


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter 13 Trustee*


U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*U.S. Trustee*



and by standard first class mail postage prepaid to:

Martin J Viale
30 Ashley Road
Gibsonia, PA 15044

Donna M. Viale
30 Ashley Road
Gibsonia, PA 15044
*Debtor(s)*


By:     /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire