**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.  19-23752-GLT |
| **MARTIN J. VIALE** | : | Chapter 13 |
| **DONNA M. VIALE,** | : | |
| | : | |
| Debtors. | : | Related to Dkt. No. 184 |
| _____ | : | |

**ORDER DISMISSING CASE WITH**
**PREJUDICE AND TERMINATING WAGE ATTACHMENT**

       **AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

       1.     The above-captioned case is **DISMISSED WITH PREJUDICE**.  The Debtors remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed.  Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349.  Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect.  Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

       2.     Each income attachment issued in this case is now terminated.  So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtors shall immediately serve a copy of this Order on such employer and entity.

       3.     The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds.  Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

       4.     The dismissal is **with prejudice** because this represents the Debtors' fifth failed case in the last decade, and despite representations made in October 2022 that Debtors would sell assets to cure their substantial plan arrears, no affirmative actions were taken to reduce the growing plan deficit.  In the absence of a written response to the trustee's request for dismissal, the Debtors' sporadic payments and their inability to make substantial progress is each of the cases suggests a lack of good faith.

       5.     The Clerk of Court shall give notice to all creditors of this dismissal

Dated: March 7, 2023

_____
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 19-23752-GLT

Martin J Viale                                                                                         Chapter 13

Donna M. Viale

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                      User: auto                                             Page 1 of 5

Date Rcvd: Mar 07, 2023                              Form ID: pdf900                                    Total Noticed: 77

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin J Viale, Donna M. Viale, 30 Ashley Road, Gibsonia, PA 15044-7836 |
| cr | + | Citibank, N.A., as Trustee for CMLTI Asset Trust, PADGETT LAW GROUP, c/o Christopher Giacinto, Esq., 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Fay Servicing, LLC as servicer for Citibank, N.A.,, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Township of West Deer, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15128756 | + | Advantage Asset, 3722 Southwest Freeway, Houston, TX 77027 |
| 15128762 | | Bernstein Law Firm, ATTN: Shawn P. McClure, Gulf Tower, Suite 2200, Pittsburgh, PA 15219 |
| 15128765 | | David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15128766 | + | Deer Lakes SD and Township, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15128768 | + | Duquesne Light Company, Payment Processing Center, PO Box 67, Pittsburgh, PA 15267-0067 |
| 15128772 | + | First Niagra Bank, PO Box 514, Lockport, NY 14095-0514 |
| 15128776 | + | Investment Property Services, Inc., 30 Ashley Road, Gibsonia, PA 15044-7836 |
| 15128778 | + | John K. Weinstein, Allegheny County Treasurer, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 15128780 | + | Kwiatkowski Plumbing, PO Box 10942, Pittsburgh, PA 15236-0942 |
| 15128782 | + | M. Viale Contracting, Inc., 30 Ashley Road, Gibsonia, PA 15044-7836 |
| 15128786 | + | McClure Johnston Company, 201 Corey Avenue, Braddock, PA 15104-1397 |
| 15128787 | + | Miller, Limbaugh & Conley, 4767 William Flynn Highway, Allison Park, PA 15101-2456 |
| 15128790 | + | PA Department of Revenue, Bureau of Compliance - Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 15128792 | | Phelan Hallinan, LLP, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15148941 | + | The Huntington National Bank, c/o Christopher J. Niekamp, 23 S. Main St. Third Floor, Akron, OH 44308-1818 |
| 15177127 | + | Township of West Deer, GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15128799 | + | Township of West Deer, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15128800 | + | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15388577 | | United Asset Management, LLC, c/o FCI Lender Services, P. O. Box 27370, Anaheim Hills, CA 92809-0112 |
| 15551969 | | United Asset Management, LLC, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Mar 08 2023 00:01:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 08 2023 00:01:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 08 2023 00:01:00 | LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 08 2023 00:01:00 | Lehman XS Trust Mortgage Pass-Through |

District/off: 0315-2                          User: auto                                  Page 2 of 5
Date Rcvd: Mar 07, 2023                       Form ID: pdf900                             Total Noticed: 77

| | | | | |
|---|---|---|---|---|
| | | | | Certificates, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 08 2023 00:05:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 08 2023 00:01:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 08 2023 00:01:00 | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15128757 | | Email/PDF: bncnotices@becket-lee.com | Mar 08 2023 00:16:28 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 15156809 | | Email/PDF: bncnotices@becket-lee.com | Mar 08 2023 00:16:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15128758 | + | Email/Text: bncmail@w-legal.com | Mar 08 2023 00:01:00 | Azurea I, LLC, c/o Weinstein, Pinson & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15128759 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 08 2023 00:01:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 15128760 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 08 2023 00:01:00 | Bank of America Home Loans, PO Box 15222, Wilmington, DE 19886-5222 |
| 15128761 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 08 2023 00:01:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, 5th Floor, Miami, FL 33146-1839 |
| 15167170 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 08 2023 00:01:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15128774 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2023 00:16:33 | Home Depot Credit Services, Processing Center, Des Moines, IA 50364-0500 |
| 15128763 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 08 2023 00:06:09 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15151806 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 08 2023 00:05:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15166609 | | Email/Text: ECF@fayservicing.com | Mar 08 2023 00:01:00 | Citibank, N.A., as trustee for CMLTI Asset Trust, c/o Fay Servicing LLC, PO Box 814609, Dallas TX 75381-4609 |
| 15128764 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2023 00:16:27 | Citibank/Staples, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15301396 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 08 2023 00:01:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15177126 | + | Email/Text: ebnjts@grblaw.com | Mar 08 2023 00:01:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15128783 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2023 00:16:33 | Macy's, PO Box 8118, Mason, OH 45040 |
| 15165606 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 08 2023 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15128771 | | Email/Text: SAABankruptcy@fcbanking.com | Mar 08 2023 00:01:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701 |
| 15128770 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Mar 08 2023 00:01:00 | Fifth Third Bank, PO Box 740789, Cincinnati, OH 45274-0789 |
| 15163815 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Mar 08 2023 00:01:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |

District/off: 0315-2                          User: auto                                    Page 3 of 5

Date Rcvd: Mar 07, 2023                        Form ID: pdf900                              Total Noticed: 77

| | | | |
|---|---|---|---|
| 15128773 | + Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:05:41 | GE Capital Retail Bank, PO Box 985033, Orlando, FL 32896-0001 |
| 15128775 | + Email/Text: bankruptcy@huntington.com | Mar 08 2023 00:01:00 | Huntington National Bank, 2361 Morse Road, Columbus, OH 43229-5856 |
| 15128777 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 08 2023 00:01:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15128779 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 08 2023 00:01:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15128781 | + Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:06:07 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 15128784 | Email/Text: mwhcpaoffice@yahoo.com | Mar 08 2023 00:01:00 | Mark Heidenreich, CPA, 6125 Penn Drive, Butler, PA 16002 |
| 15137864 | Email/Text: mwhcpaoffice@yahoo.com | Mar 08 2023 00:01:00 | Mark W. Heidenreich, CPA, c/o Mark W. Heidenreich & Co. LLC, 6125 Penn Drive, Butler, PA 16002 |
| 15128785 | + Email/Text: bknotices@mbandw.com | Mar 08 2023 00:01:00 | McCarthy Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 15128788 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 08 2023 00:01:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15505062 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 08 2023 00:01:00 | Nationstar Mortgage, LLC, c/o RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15152153 | Email/PDF: pa_dc_claims@navient.com | Mar 08 2023 00:05:54 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15128789 | Email/PDF: pa_dc_claims@navient.com | Mar 08 2023 00:05:40 | Navient, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 15128791 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 08 2023 00:01:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15128794 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 08 2023 00:01:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15128793 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 08 2023 00:01:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 15128795 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 08 2023 00:05:41 | Portfolio Recovery Associates, POB 12914, Norfolk, VA 23541 |
| 15147174 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 08 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15128798 | + Email/Text: bkteam@selenefinance.com | Mar 08 2023 00:01:00 | SRMOF II 2011-1 Trust, c/o Selen Finance, LP, Attn: Bankruptcy dept, 9990 Richmond Avneue Suite 400, South Houston, TX 77042-4546 |
| 15128796 | + Email/PDF: pa_dc_claims@navient.com | Mar 08 2023 00:06:09 | Sallie Mae, 1002 Arthur Drive, Lynn Haven, FL 32444-1683 |
| 15128797 | + Email/Text: bkteam@selenefinance.com | Mar 08 2023 00:01:00 | Selene Finance, PO Box 422039, Houston, TX 77242-4239 |
| 15130236 | + Email/PDF: gecsedi@recoverycorp.com | Mar 08 2023 00:06:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15128801 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 08 2023 00:01:00 | U.S. Bank N.A., c/o Nationstar Mortgage LLC dba Mr Coope, PO Box 619096, Dallas, TX 75261-9096 |
| 15147262 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 08 2023 00:01:00 | U.S. Bank National Association, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 15128802 | ^ MEBN | Mar 08 2023 00:00:00 | UPMC Health Services, PO Box 1123, |

District/off: 0315-2 | User: auto | Page 4 of 5
Date Rcvd: Mar 07, 2023 | Form ID: pdf900 | Total Noticed: 77

|  |  |  | Minneapolis, MN 55440-1123 |
|---|---|---|---|
| 15128803 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Mar 08 2023 00:06:06 | Wal-Mart Discover, PO Box 960024, Orlando, FL 32896-0024 |
| 15128769 | + Email/PDF: bncnotices@becket-lee.com |  |  |
|  |  | Mar 08 2023 00:16:21 | eCast Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Community Loan Servicing, LLC |
| cr |  | Fifth Third Bank, N.A. |
| cr |  | Nationstar Mortgage LLC d/b/a Mr. Cooper et al |
| cr |  | THE HUNTINGTON NATIONAL BANK |
| cr |  | United Asset Management, LLC |
| cr |  | United Asset Management, LLC as Trustee for CMLTI |
| 15128767 |  | Dell Preferred Account, Payment Processing Center, PO Box 6403 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 7 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Ashleigh Levy Marin | on behalf of Creditor Citibank  N.A., as Trustee for CMLTI Asset Trust amarin@feinsuch.com, pabankruptcy@feinsuch.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Martin J Viale bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Donna M. Viale bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Christopher A. DeNardo | on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-6, U.S. Bank National Association, a logsecf@logs.com |

District/off: 0315-2                          User: auto                                    Page 5 of 5
Date Rcvd: Mar 07, 2023                       Form ID: pdf900                           Total Noticed: 77

Daniel Philip Jones
                    on behalf of Creditor United Asset Management  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Daniel Philip Jones
                    on behalf of Creditor Community Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Jeffrey R. Hunt
                    on behalf of Creditor Township of West Deer jhunt@grblaw.com

Jeffrey R. Hunt
                    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
                    on behalf of Creditor Fifth Third Bank  N.A. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kristen D. Little
                    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al kdlittleecf@gmail.com

Lorraine Gazzara Doyle
                    on behalf of Creditor Fay Servicing  LLC as servicer for Citibank, N.A., as trustee for CMLTI Asset Trust ldoyle@logs.com,
                    logsecf@logs.com

Mario J. Hanyon
                    on behalf of Creditor U.S. Bank National Association wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon
                    on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-6, U.S. Bank
                    National Association, a wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael John Clark
                    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al mclark@squirelaw.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Ryan Starks
                    on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-6, U.S. Bank
                    National Association, a Ryan.Starks@brockandscott.com, wbecf@brockandscott.com

S. James Wallace
                    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
                    PNGbankruptcy@peoples-gas.com

Sindi Mncina
                    on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

Steven K. Eisenberg
                    on behalf of Creditor United Asset Management  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Tammy Benoza
                    on behalf of Creditor United Asset Management  LLC tterrell@fskslaw.com

Tammy Benoza
                    on behalf of Creditor Citibank  N.A., as Trustee for CMLTI Asset Trust tterrell@fskslaw.com

Tammy Benoza
                    on behalf of Creditor United Asset Management  LLC as Trustee for CMLTI Asset Trust, LLC tterrell@fskslaw.com

Thomas Song
                    on behalf of Creditor Bayview Loan Servicing  LLC pawb@fedphe.com

Wade T. Doerr
                    on behalf of Creditor THE HUNTINGTON NATIONAL BANK wdoerr@brouse.com


TOTAL: 28