**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MARTIN J VIALE
    DONNA M. VIALE
         Debtor(s)

    Ronda J. Winnecour
         Movant
        vs.
    No Respondents.

Case No.:19-23752 GLT

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 09/25/2019  and confirmed on 11/21/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 136,470.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 136,470.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,123.05 | |
|    Trustee Fee | 5,891.14 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,014.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4704 | | | | |
|   FIFTH THIRD BANK | 0.00 | 23,664.60 | 0.00 | 23,664.60 |
|     Acct: 1924 | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 30,206.54 | 0.00 | 30,206.54 |
|     Acct: 7796 | | | | |
|   SELENE FINANCE | 905.83 | 905.83 | 0.00 | 905.83 |
|     Acct: 4140 | | | | |
|   UNITED ASSET MANAGEMENT LLC | 3,895.29 | 3,895.29 | 0.00 | 3,895.29 |
|     Acct: 8747 | | | | |
|   UNITED ASSET MANAGEMENT LLC | 0.00 | 411.14 | 0.00 | 411.14 |
|     Acct: 8747 | | | | |
|   US BANK NA - TRUSTEE | 35,904.04 | 3,859.55 | 0.00 | 3,859.55 |
|     Acct: 7796 | | | | |
|   FIFTH THIRD BANK | 21,204.37 | 2,279.39 | 0.00 | 2,279.39 |
|     Acct: 1924 | | | | |
|   UNITED ASSET MANAGEMENT LLC | 7,097.80 | 762.99 | 0.00 | 762.99 |
|     Acct: 8747 | | | | |

| 19-23752 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Secured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DEER LAKES SD & W DEER TWP (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: B262 | | | | |
| INTERNAL REVENUE SERVICE* | 10,225.00 | 984.61 | 1,334.18 | 2,318.79 |
| Acct: 6996 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 1,512.10 | 121.65 | 443.31 | 564.96 |
| Acct: B262 | | | | |
| PA DEPARTMENT OF REVENUE* | 27,550.95 | 2,590.95 | 4,121.83 | 6,712.78 |
| Acct: 6996 | | | | |
| WEST DEER TOWNSHIP (RE) | 735.56 | 62.52 | 189.62 | 252.14 |
| Acct: B262 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 1,580.66 | 169.92 | 0.00 | 169.92 |
| Acct: B262 | | | | |
| WEST DEER TOWNSHIP (RE) | 526.39 | 56.59 | 0.00 | 56.59 |
| Acct: B262 | | | | |
| NATIONSTAR MORTGAGE LLC** | 81,538.52 | 28,529.71 | 13,905.66 | 42,435.37 |
| Acct: 1861 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 62.58 | 62.58 |
| Acct: 5107 | | | | |
| | | | | 118,558.46 |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARTIN J VIALE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 2,123.05 | 2,123.05 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX9/20 | | | | |
| THOMPSON LAW GROUP PC | 4,625.85 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1/22 | | | | |
| THOMPSON LAW GROUP PC | 874.15 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 42,280.96 | 0.00 | 0.00 | 0.00 |
| Acct: 6996 | | | | |
| PA DEPARTMENT OF REVENUE* | 3,743.72 | 0.00 | 0.00 | 0.00 |
| Acct: 6996 | | | | |
| NATIONSTAR MORTGAGE LLC** | 0.00 | 6,897.35 | 0.00 | 6,897.35 |
| Acct: 1861 | | | | |
| COMMUNITY LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5073 | | | | |
| | | | | 6,897.35 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5107 | | | | |
| ADVANTAGE ASSET++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5600 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 4,081.67 | 0.00 | 0.00 | 0.00 |
| Acct: 2005 | | | | |
| AZUREA I LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1219 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2088 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2094 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| Acct: 3823 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,114.28 | 0.00 | 0.00 | 0.00 |
| Acct: 1148 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4931 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7164 | | | | |
| DFS ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6133 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 1,547.91 | 0.00 | 0.00 | 0.00 |
| Acct: 9979 | | | | |
| FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0075 | | | | |
| FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8962 | | | | |
| FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2629 | | | | |
| KEYBANK NA S/B/M FIRST NIAGARA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6996 | | | | |
| GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7011 | | | | |
| HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1043 | | | | |
| KWIATKOWSKI PLUMBING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2065 | | | | |
| GECC-LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1973 | | | | |
| GECC-LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7469 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1619 | | | | |
| MARK W HEIDENREICH CPA | 10,955.36 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCLURE JOHNSTON CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0415 | | | | |
| MILLER LIMBAUGH & CONLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NAVIENT PC TRUST | 2,996.99 | 0.00 | 0.00 | 0.00 |
| Acct: 6996 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1181 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9015 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6693 | | | | |
| SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8907 | | | | |
| UPMC HEALTH SERVICES | 751.07 | 0.00 | 0.00 | 0.00 |
| Acct: 6996 | | | | |
| WAL MART | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7205 | | | | |
| PA DEPARTMENT OF REVENUE* | 302.89 | 0.00 | 0.00 | 0.00 |
| Acct: 6996 | | | | |
| INTERNAL REVENUE SERVICE* | 9,472.02 | 0.00 | 0.00 | 0.00 |
| Acct: 6996 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7011 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-23752 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALDRIDGE PITE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WADE T DOERR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INVESTMENT PROPERTY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PADGETT LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FEIN SUCH KAHN & SHEPARD PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOGS LEGAL GROUP LLP FORMERLY SH/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRENEN & BIRSIC PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCARTHY BURGESS & WOLFF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M VAILE CONTRACTING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                          125,455.81

TOTAL CLAIMED
PRIORITY                    46,024.68
SECURED                   192,676.51
UNSECURED                 31.222.19

Date: 04/11/2023                                           /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com