## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

In re:

    MARTIN J VIALE
    DONNA M. VIALE
        Debtor(s)

Case No. 19-23752GLT

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/25/2019.

2) The plan was confirmed on 11/21/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/15/2020, 04/16/2021, 12/03/2021.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/14/2021, 10/06/2022.

5) The case was dismissed on 03/07/2023.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $21,771.62.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---:|
| Total paid by or on behalf of the debtor | $136,470.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$136,470.00** |

## Expenses of Administration:

| | | |
|---|---|---:|
| Attorney's Fees Paid Through the Plan | $5,123.05 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $5,891.14 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$11,014.19** |

Attorney fees paid and disclosed by debtor:     $1,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANTAGE ASSET++ | Unsecured | 1,380.04 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 4,081.67 | 4,081.67 | 4,081.67 | 0.00 | 0.00 |
| AZUREA I LLC | Unsecured | 14,809.16 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA** | Secured | 70,095.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 14,809.16 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 3,062.58 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 1,753.02 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 1,053.90 | 1,114.28 | 1,114.28 | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 4,082.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 15,568.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK** | Unsecured | 1,272.79 | NA | NA | 0.00 | 0.00 |
| COMMUNITY LOAN SERVICING LLC | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 2,304.06 | 1,512.10 | 1,512.10 | 121.65 | 443.31 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 0.00 | 1,580.66 | 1,580.66 | 169.92 | 0.00 |
| DEER LAKES SD & W DEER TWP (RE) | Secured | 4,677.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 79.67 | NA | NA | 0.00 | 0.00 |
| DFS ACCEPTANCE | Unsecured | 1,359.91 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | 1,371.11 | 1,547.91 | 1,547.91 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 11,579.01 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Secured | 0.00 | 21,204.37 | 21,204.37 | 2,279.39 | 0.00 |
| FIFTH THIRD BANK | Secured | 77,809.13 | 65,650.31 | 0.00 | 23,664.60 | 0.00 |
| FIRST COMMONWEALTH BANK(*) | Unsecured | 4,885.73 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK(*) | Unsecured | 20,096.30 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 1,702.33 | NA | NA | 0.00 | 0.00 |
| GECC-LOWES | Unsecured | 979.19 | NA | NA | 0.00 | 0.00 |
| GECC-LOWES | Unsecured | 921.51 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Unsecured | 1,090.29 | NA | NA | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Secured | 107,399.58 | 44,400.00 | 0.00 | 0.00 | 62.58 |
| HUNTINGTON NATIONAL BANK(*) | Unsecured | 179,170.32 | 254,213.21 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 9,472.02 | 9,472.02 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 57,235.43 | 42,280.96 | 42,280.96 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE* | Secured | 15,600.52 | 10,225.00 | 10,225.00 | 984.61 | 1,334.18 |
| KEYBANK NA S/B/M FIRST NIAGARA | Unsecured | 11,555.32 | NA | NA | 0.00 | 0.00 |
| KWIATKOWSKI PLUMBING | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| MARK W HEIDENREICH CPA | Unsecured | 10,955.36 | 10,955.36 | 10,955.36 | 0.00 | 0.00 |
| MCCLURE JOHNSTON CO | Unsecured | 311.53 | NA | NA | 0.00 | 0.00 |
| MILLER LIMBAUGH & CONLEY | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC** | Priority | NA | 0.00 | 0.00 | 6,897.35 | 0.00 |
| NATIONSTAR MORTGAGE LLC** | Secured | 87,162.43 | 81,538.52 | 81,538.52 | 28,529.71 | 13,905.66 |
| NAVIENT PC TRUST | Unsecured | 2,785.22 | 2,996.99 | 2,996.99 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 302.89 | 302.89 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Secured | 6,921.84 | 27,550.95 | 27,550.95 | 2,590.95 | 4,121.83 |
| PA DEPARTMENT OF REVENUE* | Priority | 38,504.67 | 3,743.72 | 3,743.72 | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 15,591.58 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 25,232.37 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 900.81 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,193.63 | NA | NA | 0.00 | 0.00 |
| SELENE FINANCE | Secured | 19,507.42 | 0.00 | 905.83 | 905.83 | 0.00 |
| UNITED ASSET MANAGEMENT LLC | Secured | NA | 20,478.68 | 3,895.29 | 3,895.29 | 0.00 |
| UNITED ASSET MANAGEMENT LLC | Secured | NA | 0.00 | 0.00 | 411.14 | 0.00 |
| UNITED ASSET MANAGEMENT LLC | Secured | NA | 7,097.80 | 7,097.80 | 762.99 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 751.07 | 751.07 | 751.07 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE | Secured | 0.00 | 35,904.04 | 35,904.04 | 3,859.55 | 0.00 |
| US BANK NA - TRUSTEE | Secured | 100,370.68 | 100,805.41 | 0.00 | 30,206.54 | 0.00 |
| WAL MART | Unsecured | 1,275.64 | NA | NA | 0.00 | 0.00 |
| WEST DEER TOWNSHIP (RE) | Secured | 927.06 | 735.56 | 735.56 | 62.52 | 189.62 |
| WEST DEER TOWNSHIP (RE) | Secured | 0.00 | 526.39 | 526.39 | 56.59 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $86,339.64 | $87,613.11 | $13,968.24 |
| Mortgage Arrearage | $64,206.21 | $6,901.93 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $42,130.66 | $3,986.24 | $6,088.94 |
| **TOTAL SECURED:** | **$192,676.51** | **$98,501.28** | **$20,057.18** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $46,024.68 | $6,897.35 | $0.00 |
| **TOTAL PRIORITY:** | **$46,024.68** | **$6,897.35** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$31,222.19** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $11,014.19 |
| Disbursements to Creditors | $125,455.81 |
| **TOTAL DISBURSEMENTS** : | **$136,470.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/05/2023                    By: /s/ Ronda J. Winnecour
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**